**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Road Retail LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-2363056** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**875 North Michigan Avenue<br>Suite 2144<br>Chicago, IL**　　　　ZIP Code **60611-1803** | Street Address of Joint Debtor (No. & Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**American Road Retail LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date</td>
</tr>
</table>

<table>
<tr>
<td><b>Exhibit C</b><br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No</td>
<td><b>Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)</b><br><br>☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**                                                                                             **FORM B1, Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**American Road Retail LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Peter J. Young** _____
Signature of Attorney for Debtor(s)

**Peter J. Young**
Printed Name of Attorney for Debtor(s)

**Katten Muchin Rosenman LLP**
Firm Name

**525 W. Monroe Street**
**Chicago, IL 60661-3693**

Address

**312-902-5200  Fax: 312-902-1061**
Telephone Number

**September 22, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven F. Deli** _____
Signature of Authorized Individual

**Steven F. Deli**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**September 22, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re **American Road Retail LLC**
,
Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 682,855.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 37,915.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 57 | | | |
| Total Assets | | | 682,855.40 | | |
| Total Liabilities | | | | 37,915.43 | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules") filed by American Road Retail LLC, debtor in the above-captioned chapter 7 case, were prepared pursuant to 11 U.S.C. §521 and Fed.R.Bankr.P. 1007 by management of the Debtor and are unaudited.  While management of the Debtor has made reasonable efforts to file complete and accurate Schedules based upon information available at the time of preparation, the Schedules remain subject to further review and verification by the Debtor.  Subsequent information may result in material changes in financial and other data contained in the Schedules.  The Debtor reserves its right to amend its Schedules as may be necessary or appropriate.  This Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and should be referred to and reviewed in connection with any review of the Schedules.

1)    <u>Description of the Cases and "As Of' Information Date</u>.  On September 22, 2006 (the "Petition Date"), the Debtor filed with the Bankruptcy Court a voluntary petition for liquidation under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").  Except as otherwise noted, all asset and liability information is as of the Petition Date.

2)    <u>Basis of Presentation</u>.  These Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

3)    <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtor in the preparation of the Schedules:

    a.    <u>Fair Market Value; Book Value</u>.    Unless otherwise indicated, the Schedules reflect each asset of the Debtor based upon an estimate of its current market values where known.  Where the current market value of assets is unknown, the Debtor has based its valuation on book values; however, the Debtor believes the actual value may be substantially lower.  Unless otherwise noted, the Schedules reflect the carrying value of the liabilities as listed in the Debtor's books and records.

    b.    <u>Inventories</u>.    Inventories are valued in the Schedules at the values indicated on the Debtor's books and records.

    c.    <u>Real Property and Personal Property-Leased</u>.  In the ordinary course of its business, the Debtor leases real property and various articles of personal property, including furniture, fixtures and equipment, from certain third party lessors.  All such leases are set forth in the Schedules. The property subject to leases is not reflected in the Schedules as either owned property

or assets of the Debtor or property or assets of third parties within the control of the Debtor.  The lease payments under such leases have not been included in Schedule D (secured debt) even though the lessor may have filed a UCC-1.  However, nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether it is a true lease or a financing arrangement) and the Debtor reserves all rights with respect to all such issues.

d.      <u>Causes of Action</u>.  The Debtor has not set forth causes of action against third parties as assets in their Schedules.  The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

e.      <u>Schedule D</u>.  The Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled a claim as a secured claim, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements.

f.      <u>Schedule G</u>.  While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature, if any, have been scheduled to the best of the Debtor's knowledge.  Additionally, the Debtor may be party to various other agreements concerning real property, such as easements,

rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, are not set forth in Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

g.    <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or liquidated.  A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or status.

Form B6A
(10/05)

In re    **American Road Retail LLC**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

_____0_____    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **American Road Retail LLC**                                        ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Suntrust Operating Account** | - | 8,803.96 |
| | | **Bank of America-Las Vegas** | - | 0.00 |
| | | **Bank of America-Minnesota** | - | 410.56 |
| | | **Bank of America-Branson** | - | 500.00 |
| | | **The Private Bank-Chicago** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **See Exhibit 1 attached hereto.** | - | 9,569.58 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See Exhibit 2 attached hereto.** | - | 132,220.81 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 151,504.91 |
|---|---|---|
|  | (Total of this page) | |

_  **2** _  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **American Road Retail LLC**                                    ,          Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | AR | | - | 23,131.05 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **23,131.05**
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    **American Road Retail LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Exhibit 2 attached hereto.** | - | 329,298.21 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Exhibit 2 attached hereto.** | - | 178,921.23 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 508,219.44 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 682,855.40 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(10/05)

In re   **American Road Retail LLC**                                          ,   Case No. _____

_____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | |
| Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E
(10/05)

In re **American Road Retail LLC**                                    , Case No. _____
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **American Road Retail LLC**                                   ,       Case No. _____
                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Florida Department of Revenue**<br>**1379 Blountstown Hwy**<br>**Tallahassee, FL 32304-2716** | | - | | | | | 0.00 | 0.00 |
| Account No. <br><br>**Illinois Department of Revenue**<br>**P.O. Box 19084**<br>**Springfield, IL 62794-9084** | | - | | | | | 0.00 | 0.00 |
| Account No. <br><br>**Minnesota Department of Revenue**<br>**600 North Robert Street**<br>**Saint Paul, MN 55101** | | - | | | | | 0.00 | 0.00 |
| Account No. <br><br>**Missouri Department of Revenue**<br>**Harry S Truman State Office Bldg**<br>**301 West High Street**<br>**Jefferson City, MO 65101** | | - | | | | | 0.00 | 0.00 |
| Account No. <br><br>**Neveda Department of Revenue**<br>**1550 College Parkway**<br>**Carson City, NV 89706** | | - | | | | | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F
(10/05)

In re    **American Road Retail LLC**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | - | | | | | | |
| **1-800-BUY-RACK** **3208 INTERNATIONAL PLACE** **IRVING, TX 75062** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **A&B SECURITY GROUP, INC** **PO BOX 27230** **LAS VEGAS, NV 89126** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **ACCOUNTEMPS** **12400 COLLECTIONS CENTER DR** **CHICAGO, IL 60693** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **ACTION AIR OF FLORIDA** **PO BOX 617409** **ORLANDO, FL 32861** | | | | | | | | **0.00** |

| __47__ continuation sheets attached | Subtotal (Total of this page) | **0.00** |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:20654-051025    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                              , Case No. _____

                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ACTION PERFORMANCE CO. INC. 3735 ATLANTA INDS PKWY ATLANTA, GA 30331** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ACTION SPORTS IMAGE LLC 6301 PERFORMANCE DR. CONCORD, NC 28027** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ADAM T MAGILL 940 LASCALA DR. WINDERMERE, FL 34786** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ADT SECURITY SERVICES 3002-A EAST DIVISION ST. SPRINGFIELD, MO 65802** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ADT SECURITY SERVICES INC PO BOX 371967 PITTSBURGH, PA 15250-7967** | - | | | | | | 0.00 |

Sheet no. __1__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ADT SECURITY SERVICES, INC.** **P.O. BOX 371956** **PITTSBURGH, PA 15250-7956** | | - | | | | | **84.50** |
| Account No. | | | | | | | |
| **ADVANCED FAB AND MFG** **1906 TREVINO CT.** **Harrison, AR 72601** | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **ADVANTAGE SIGNS** **P.O. BOX 1342** **BRANSON, MO 65616** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **AIRPORT REVENUE NEWS** **8895 N MILITARY TRAIL STE 201E** **PALM BEACH GARDENS, FL 33410** | | - | | | | | **0.00** |
| Account No. | | | | | | | |
| **AKERMAN SENTERFITT** **PO BOX 4906** **ORLANDO, FL 32802** | | - | | | | | **0.00** |

Sheet no. __2___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **84.50**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                                           ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ALLIED WASTE SERVICES 2115 WEST BENNETT SPRINGFIELD, MO 65807** | - | | | | | | **0.00** |
| Account No. **ALLSTATE LEASING INC 9428 REISTERSTOWN RD OWINGS, MD 21117** | - | | | | | | **1,240.56** |
| Account No. **ALPHA ELECTRIC SIGNS 5225 WYNN ROAD LAS VEGAS, NV 89118** | - | | | | | | **Unknown** |
| Account No. **AMC DISTRIBUTING INC PO BOX 520921 LONGWOOD, FL 32752** | - | | | | | | **0.00** |
| Account No. **AMERICA'S RESEARCH GROUP 1470 TOBIAS GADSON BLVD SUITE 202C CHARLESTON, SC 29407** | - | | | | | | **0.00** |

Sheet no. __3__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **1,240.56**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AMERICAN AD SPECIALTIES, INC 3306 MAGGIE BOULEVARD ORLANDO, FL 32805** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **AMERICAN ELECTRIC 2432 N. EASTGATE #9 SPRINGFIELD, MO 65803** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **AMERICAN GLASS INC P.O. BOX 162231 ALTAMONTE SPRINGS, FL 32716** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **AMERICAN PAYMENT SUPPLIES P.O. BOX 2718 CHAMPLAIN, NY 12919** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **AMERICAN ROAD MANAGEMENT 45606 L.B. MCLEOD ROAD SUITE B ORLANDO, FL 32811** | - | | | | | | 0.00 |

| | |
|---|---|
| Sheet no. __4__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)  0.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AMERICAN ROAD OPERATIONS LLC** <br>**45606 L.B. MCLEOD ROAD** <br>**SUITE B** <br>**ORLANDO, FL 32811** | - | | | | | | 0.00 |
| Account No. <br><br> **AMERICAN SIGN & LIGHTING CO** <br>**307 E LINCOLN AVE** <br>**BENSENVILLE, IL 60106** | | | | | | | 0.00 |
| Account No. <br><br> **AMERICAN SIGN & LIGHTING CO.** <br>**307 E. LINCOLN AVENUE** <br>**BENSENVILLE, IL 60106** | - | | | | | | 3,180.00 |
| Account No. <br><br> **APPLE ONE EMPLOYMENT SERVICES** <br>**PO BOX 20048** <br>**GLENDALE, CA 91809-9048** | - | | | | | | 0.00 |
| Account No. <br><br> **ARMSTRONG LOCK** <br>**1120 N MILLS AVE** <br>**ORLANDO, FL 32803** | - | | | | | | 0.00 |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,180.00**

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AT&T** **P.O.  BOX 78225** **PHOENIX, AZ 85062-8225** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **AT&T** **PO BOX 8100** **AURORA, IL 60507-8100** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **AT&T TELECONFERENCE SERVICES** **PO BOX 2840** **OMAHA, NE 68103-2840** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **AT&T/ SBC** **BILL PAYMENT CENTER** **SAGINAW, MI 48663-0003** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **BANK OF AMERICA** **P.O. BOX 25118** **TAMPA, FL 33622** | - | | | | | | **116.59** |

Sheet no. __6___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                          ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BARR DISPLAY** **6424 FOREST CITY RD** **ORLANDO, FL 32810** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BELTMANN GROUP** **DEPT 1119, P.O. BOX 1521** **Minneapolis, MN 55480** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BENTCIL** **1755 MIDWEST BLVD** **INDIANAPOLIS, IN 46214** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BERGAMOT INCORPORATED** **820 WISCONSIN STREET** **DELAVAN, WI 53115** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BIANCA DESIGNS (HAUSER MKTG)** **18 N. BOYD STREET** **WINTER GARDEN, FL 34787** | - | | | | | | 0.00 |

Sheet no. __7__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                        ,        Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BILL WATTS COLLECTIBLES 703 MOORESVILLE RD KANNAPOLIS, NC 28081** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BOCKSTALL DESIGN ASSOCIATES 680 MOURNING DOVE CIR LAKE MARY, FL 32746** | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BOULEVARD INVEST LLC 3663 S LAS VEGAS BLVD STE 900 LAS VEGAS, NV 89109** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BOYDS COLLECTION LTD 350 SOUTH STREET MCSHERRYSTOWN, PA 17344** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **BRANSON LANDING/HCW, INC 3027 W HIGHWAY 76 BRANSON, MO 65616** | - | | | | | | 0.00 |

Sheet no. __8__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC** _____,   Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  BSI PRODUCTS INC 9510 BERGER ROAD COLUMBIA, MD 21046 | - | | | | | | 0.00 |
| Account No.  BUCKLE DOWN 176-14 CENTRAL AVE FARMINGDALE, NY 11735 | - | | | | | | 0.00 |
| Account No.  CAM COMMERCE SOLUTIONS 17075 NEWHOPE ST FOUNTAIN VALLEY, CA 92708 | - | | | | | | 1,795.60 |
| Account No.  CAPITAL OFFICE PRODUCTS PO BOX 1671 DAYTONA BEACH, FL 32115 | - | | | | | | 0.00 |
| Account No.  CC WRITER 1678 N HUMBOLT AVE MILWAUKEE, WI 53202 | - | | | | | | 0.00 |

Sheet no. __9___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,795.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CENTURY TEL P.O. BOX 6001 MARION, LA 71260-6001** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CHRONICLE BOOKS DEPT 44493, PO BOX 44000 SAN FRANCISCO, CA 94144** | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CINNABAR 4551 L.B. MCLEOD RD Orlando, FL 32811** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CISCO-EAGLE INC DEPARTMENT 1225 TULSA, OK 74182** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CIT GROUP (JH DESIGN) PO BOX 1036 CHARLOTTE, NC 28201-1036** | - | | | | | | **Unknown** |

Sheet no. __**10**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | | | | | |
| CIT GROUP (PINE HOSIERY) 2088 MAIN STREET STAR, NC 27356 | - | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | | |
| CITY OF BRANSON 110 W. MADDUX SUITE #200 BRANSON, MO 65616 | - | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | | |
| CITY OF CHICAGO-DEP OF REVENUE P.O. BOX 4956 CHICAGO, IL 60680 | - | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | | |
| CLEAR CHANNEL BROADCASTING INC PO BOX 402552 ATLANTA, GA 30384-2552 | - | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | | |
| COLLEGE CONCEPTS 2000 RIVER EDGE PARKWAY SUITE 620 ATLANTA, GA 30328 | - | | | | | | | | | 0.00 |

Sheet no. __11__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>COLLIERS TURLEY MARTIN TUCKER<br>4678 WORLD PKWY CIR<br>ST LOUIS, MO 63134 | - | | | | | | 0.00 |
| Account No.<br><br>COMED<br>BILL PAYMENT CENTER<br>CHICAGO, IL 60668-0001 | - | | | | | | 0.00 |
| Account No.<br><br>COMMERCIAL VIDEO & INTEGRATION<br>522 HUNT CLUB BLVD #152<br>APOPKA, FL 32703 | - | | | | | | 0.00 |
| Account No.<br><br>CONCIERGE PREFERRED<br>1435 PLUM GROVE ROAD, SUITE C<br>SCHAUMBURG, IL 60173 | - | | | | | | 0.00 |
| Account No.<br><br>CORP DIRECT AGENTS<br>P.O.BOX 38413<br>TALLAHASSEE, FL 32315 | - | | | | | | 0.00 |

Sheet no. __12__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                         ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CREATIVE DESIGN ARCHITECTURE** **1635 VILLAGE CENTER CIRCLE DR.** **SUITE 150** **LAS VEGAS, NV 89134** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CUSTOM COMMERCIAL ENVIRONMENTS** **PO BOX 933264** **ATLANTA, GA 31193-3264** | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DAVE'S LOCK & KEY CO INC** **2210 EDGEWATER DR** **ORLANDO, FL 32804** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DAYTEC SYSTEMS INC** **522 HUNT CLUB BLVD** **SUITE 318** **APOPKA, FL 32703** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DELAWARE SECRETARY OF STATE** **PO BOX 74072** | - | | | | | | 0.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DELL COMMERCIAL CREDIT DEPT 50-0051358185/PO BOX 689020 DES MOINES, IA 50368-9020** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DENNISON JAGODINSKI 1500 BUCKEYE LOOP ROAD WINTER HAVEN, FL 33881** | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DIRECTV PO BOX 60036 Los Angeles, CA 90060-0036** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DRAGON FIRE INDUSTRIES INC 4071 LB MCLEOD RD SUITE A ORLANDO, FL 32811** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DREW PEARSON MARKETING PO BOX 671245 DALLAS, TX 75267-1245** | - | | | | | | 0.00 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **DUNBAR ARMORED INC** **PO BOX 333** **BALTIMORE, MD 21203** | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **DYNAMEX INC** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **ELECTRIC RED CORPORATION** **14 MICA LANE** **SUITE 202** **Wellesley Hills, MA 02481** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **EMPIRE DISTRIC ELECTRIC COMP** **PO BOX 219239** **KANSAS CITY, MO 64121-9239** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **ENESCO** **225 WINDSOR DRIVE** **ITASCA, IL 60143** | | | | | | | | **0.00** |

Sheet no. __15__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                              , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **EXPRESS SIGNS & GRAPHICS**<br>**7121 GRAND NATL DR**<br>**SUITE 100**<br>**ORLANDO, FL 32819** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **F.S. ENTERTAINMENT**<br>**3200 LAS VEGAS BLVD. SOUTH**<br>**LAS VEGAS, NV 89109** | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **FASTRANS LOGISTICS, INC**<br>**4618 WORLD PARKWAY CIRCLE**<br>**ST. LOUIS, MO 63134** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **FDN COMMUNICATIONS**<br>**PO BOX 31457**<br>**TAMPA, FL 33631-3457** | - | | | | | | | 615.39 |
| Account No. | | | | | | | | |
| **FEDERAL EXPRESS**<br>**PO. BOX 94515**<br>**PALATINE, IL 60094-4515** | - | | | | | | | 0.00 |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        615.39

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FISH WINDOW CLEANING PO BOX 162091 ALTAMONTE SPRINGS, FL 32716** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FITCH INC 15425 N GREENWAY-HAYDEN LOOP SUITE 100 SCOTTSDALE, AZ 85260** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FLORIDA BANCORP SUPPLY INC PO BOX 560128 ORLANDO, FL 32856** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FLORIDA DEPT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399-0100** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FLORIDA STATE DISTRIBUTORS INC 4601 SW 34TH STREET SUITE 102 ORLANDO, FL 32811** | - | | | | | | 0.00 |

Sheet no. __17__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __**American Road Retail LLC**_____,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FOR SPORTS FANS**<br>**17979 ARENTH AVE BLDG A**<br>**CITY OF INDUSTRY, CA 91748** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FORTUNE FASHIONS IND**<br>**PO BOX 910945**<br>**LOS ANGELES, CA 90091** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FRIEDRICH WATKINS CO INC**<br>**2548 INDUSTRIAL BLVD**<br>**ORLANDO, FL 32804** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **GAME TIME LLC**<br>**10 STAGE DOOR ROAD**<br>**FISHKILL, NY 12524** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **GEM SUPPLY CO**<br>**PO BOX 551173**<br>**ORLANDO, FL 32855-1173** | - | | | | | | 0.00 |

Sheet no. __**18**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GENERAL GROWTH PROPERTIES 3200 LAS VEGAS BLVD STE 600 LAS VEGAS, NV 89109 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GETTY IMAGES INC PO BOX 953604 ST LOUIS, MO 63195-3604 | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GIBSON ELECTRIC & TECH SOL 2100 S YORK RD SUITE 2000 OAK BROOK, IL 60523-1916 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GRAINGER 4180 LB MCLEOD RD ORLANDO, FL 32811-5695 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GREAT BIG PICTURES INC PO BOX 15310 LOVES PARK, IL 15310 | - | | | | | | | 0.00 |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HARLEY DAVIDSON AMERICAN ROAD LLC 45606 L.B. MCLEOD ROAD SUITE B ORLANDO, FL 32811** | - | | | | | | 0.00 |
| Account No. **HAUSER MARKETING ASSOC INC 18 N BOYD ST WINTER GARDEN, FL 34787** | - | | | | | | 0.00 |
| Account No. **HCW PRIVATE DEVELOPMENT 100 BRANSON LANDING BRANSON, MO 65616** | - | | | | | | 1,507.05 |
| Account No. **HERFF JONES INC (AND. JEWELRY) 226 PUBLIC STREET BOX 6500 PROVIDENCE, RI 02940-6500** | - | | | | | | 0.00 |
| Account No. **HOMETEAM PEST DEFENSE LLC 765 W STATE RD 434 STE J LONGWOOD, FL 32750** | - | | | | | | 0.00 |

Sheet no. __20__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,507.05

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| HUNTER 201 WEST LONDON AVE LEXINGTON, KY 40508 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| I LOVE ORLANDO 5601 WINDHOVER DRIVE SUITE 306 ORLANDO, FL 32819 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| ILLINOIS SECRETARY OF STATE LIABILITY LIMITATION SERVICES SPRINGFIELD, IL 62756-5200 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| IMAGE ROCKS 602 FRONT ST CELEBRATION, FL 34747 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| INFINITY BROADCASTING WUSN-FM 180 N STETSON STE 10000 CHICAGO, IL 60601 | - | | | | | | | | 0.00 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **INTERIOR SYSTEMS** P. O. BOX 3134 MILWAUKEE, WI 53201-3134 | - | | | | | | **0.00** |
| Account No. **INTERNATIONAL ENVIORNMENTAL MANAGEMENT, INC.** 11660 ALPHARETTA HIGHWAY, SUITE 245 ROSWELL, GA 30076 | - | | | | | | **2,265.72** |
| Account No. **INTERNATIONAL RETAIL SVCS GRP** 5192 PAYSPHERE CIR CHICAGO, IL 60674 | - | | | | | | **0.00** |
| Account No. **INTERTECT DESIGN GROUP, INC** 7059 UNIVERSITY BLVD WINTER PARK, FL 32792 | - | | | | | | **0.00** |
| Account No. **ISC PUBLICATIONS** PO BOX 2801 DAYTONA BEACH, FL 32120 | - | | | | | | **0.00** |

Sheet no. __22__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,265.72**

Form B6F - Cont.
(10/05)

In re  **American Road Retail LLC**                                             ,  Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J W C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **J & S MULTIMEDIA INC 7450 SANDLAKE COMMONS BLVD ORLANDO, FL 32819** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **JD FACTORS LLC  (EXECUTE) 1284 PUERTA DEL SOL SUITE 105 SAN CLEMENTE, CA 92673** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **JEBCO CLOCKS 125 ADVANCED DRIVE SPRINGBORO, OH 45066** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **JESSICA TAMPAS PHOTOGRAPHY 312 N. MAY STUDIO #104 CHICAGO, IL 60607** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **JUMPSTART LLC DBA ZIPPOMOTROSP 235 NO.CHERRY STREET SUITE 200 WINTSON-SALEM, NC 27101** | - | | | | | | **0.00** |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,      Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **KATTEN MUCHIN ROSENMAN LLP** **525 W MONROE ST** **CHICAGO, IL 60661-3693** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **KEY MAGAZINE** **226 E ONTARIO ST** **#300** **CHICAGO, IL 60611** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **KUBIN-NICHOLSON CORPORATION** **PO BOX 88313** **MILWAUKEE, WI 53288-0313** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **LAS VEGAS MAGAZINE + SHOWBIZ** **2290 CORPORATE CIRCLE SUITE 250** **HENDERSON, NV 89074** | - | | | | | | | **26,532.00** |
| Account No. | | | | | | | | |
| **LAS VEGAS MOTOR SPEED** **7000 LAS VEGAS BLVD. NORTH** **LAS VEGAS, NV 89115** | - | | | | | | | **0.00** |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **26,532.00**

Form B6F - Cont.
(10/05)

In re  **American Road Retail LLC**                                    ,                    Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **LAWRENCE SIGNS 945 PIERCE BUTTER ROAD SAINT PAUL, MN 55104** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **LEE JACKSON CONSTRUCTION, LLC 3930 GLADE RD #108 COLLEYVILLE, TX 76034** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **LOWNDES, DROSDICK, DOSTER PO BOX 2809 ORLANDO, FL 32802-2809** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **MARTIN HARRIS CONSTRUCTION 3030 S. HIGHLAND DRIVE LAS VEGAS, NV 89109** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **MATTEL PO BOX 100125 ATLANTA, GA 30384** | - | | | | | | **0.00** |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    , Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MEGAPRINTS** **7006 STAPOINT CT STE C** **WINTER PARK, FL 32792** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MIKE BRYANT** **8634 HOPEWELL RD** **Harrison, AR 72601** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MILLARD MALL SERVICES** **35075 EAGLE WAY** **CHICAGO, IL 60678-1350** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MINNESOTA SECRETARY OF STATE** **BLDG 180** **100 REV. DR.MLK, JR. BLVD** **SAINT PAUL, MN 55155-1299** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MISSOURI DEPARTMENT OF REVENUE** **PO BOX 3360** **JEFFERSON CITY, MO 65105-3360** | - | | | | | | 0.00 |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **American Road Retail LLC**                                          ,        Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MORRIS VISITOR PUBLICATIONS PO BOX 936 AUGUSTA, GA 30903-0936** | - | | | | | | 0.00 |
| Account No. <br><br> **MOTORSPORTS INTERNATIONAL 12650 U.S. 12 BROOKLYN, MI 49230-9068** | - | | | | | | 0.00 |
| Account No. <br><br> **MOUNTED MEMORIES 5000 NW 108TH AVE SUNRISE, FL 33351** | - | | | | | | 0.00 |
| Account No. <br><br> **MR HAWAII INC 16817 S WESTERN AVE GARDENA, CA 90247** | - | | | | | | 0.00 |
| Account No. <br><br> **MSP EMPLOYEE PARKING NW 5481 PO BOX 1450 MINNEAPOLIS, MN 55485-5481** | - | | | | | | 0.00 |

Sheet no. __27__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NASCAR** <br> **1801 W. INTERNATIONAL SPEEDWAY BLVD** <br> **P.O. BOX 2875** <br> **DAYTONA BEACH, FL 32120** | - | | | | | | **0.00** |
| Account No. <br><br> **NATIONAL GRAPHIC IMAGING** <br> **1612 N ORANGE AVE** <br> **ORLANDO, FL 32804** | | | | | | | **0.00** |
| Account No. <br><br> **NEVADA DEPARTMENT OF TAXATION** <br> **1550 E. COLLEGE PKWY** <br> **#115** <br> **CARSON CITY, NV 89706** | - | | | | | | **0.00** |
| Account No. <br><br> **NEVADA DEPARTMENT OF TAXATION** <br> **PO BOX 52609** <br> **PHOENIX, AZ 85072-2609** | - | | | | | | **0.00** |
| Account No. <br><br> **NEVADA POWER COMPANY** <br> **PO BOX 30086** <br> **RENO, NV 89520-3086** | - | | | | | | **0.00** |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **OFFICE DEPOT CREDIT PLAN DEPT 69-00815744 / PO BOX 6716 THE LAKES, NV 88901-6716** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ONYXLIGHT COMMUNICATIONS INC 100 W LUCERNE CIR SUITE 503 ORLANDO, FL 32801** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **OPTO INTERNATIONAL INC 220 MESSNER DR WHEELING, IL 60090** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **OVERNITE TRANS/ A UPS COMPANY P.O. BOX 79755 BALTIMORE, MD 21279** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **PAC GROUP 2702 NAN DR OCOEE, FL 34761** | - | | | | | | | 0.00 |

Sheet no. __29__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __American Road Retail LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PACIFIC CONNECTIONS 20 W. 33RD STREET 11TH FLOOR NEW YORK, NY 10001 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PACKAGING SUPPLIES INC PMB 968 / 11259 E VIA LINDA SUITE 100 SCOTTSDALE, AZ 85259 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PERFORMANCE PRESS 2000 PLATINUM RD SUITE 100 APOPKA, FL 32703 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PIT STOP PETS N PALS 122 ETHAN ALLEN DRIVE DAHLONEGA, GA 30533 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PLUS DIGITAL PRINT LLC W141 N9400 FOUNTAIN BLVD MENOMONEE, WI 53051 | | - | | | | | | 0.00 |

Sheet no. __30__ of __47__ sheets attached to Schedule of        Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PODS** <br> **9550 PARK SOUTH CT** <br> **SUITE 300** <br> **ORLANDO, FL 32837** | - | | | | | | 0.00 |
| Account No. <br><br> **POWER CONSTRUCTION COMPANY LLC** <br> **2360 N PALMER DR** <br> **SCHAUMBURG, IL 60173-3819** | - | | | | | | 0.00 |
| Account No. <br><br> **PREMIER WASTE & RECYCLING** <br> **PO BOX 17111** <br> **CHICAGO, IL 60617** | - | | | | | | 0.00 |
| Account No. <br><br> **PROGRESSIVE COMMUNICATIONS** <br> **1001 SAND POND ROAD** <br> **LAKE MARY, FL 32746** | - | | | | | | 0.00 |
| Account No. <br><br> **PUSH** <br> **150 N. ORANGE AVE** <br> **SUITE 300** <br> **ORLANDO, FL 32801** | - | | | | | | **Unknown** |

Sheet no. __31__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**QWEST<br>PO BOX 173821<br>DENVER, CO 80217-3821** | - | | | | | | 0.00 |
| Account No. <br><br>**RACE BRICKS MEMORABILIA<br>21515 ROSCOE BLVD<br>CANOGA PARK, CA 91304** | | | | | | | 0.00 |
| Account No. <br><br>**RACEPRO MOTORSPORTS<br>585 WENDERMERE DRIVE<br>HUBBARD, OH 44425** | - | | | | | | 0.00 |
| Account No. <br><br>**RACING REFLECTIONS, INC.<br>556 SOUTH MAIN STREET<br>MAROIN, VI 243545** | - | | | | | | 0.00 |
| Account No. <br><br>**RC2 BRANDS INC. 1971<br>RELIABLE PARKWAY<br>CHICAGO, IL 60686-1971** | - | | | | | | 0.00 |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RED ROCKET INCORPORATED 1600 N ORANGE AVE STUDIO 14 ORLANDO, FL 32804** | - | | | | | | 0.00 |
| Account No. **REEVE STORE EQUIPMENT PO BOX 276 PICO RIVERA, CA 90660** | | | | | | | 0.00 |
| Account No. **REGENCY LIGHTING 16665 ARMINTA ST VAN NUYS, CA 91406** | - | | | | | | 0.00 |
| Account No. **RICO/TAG EXPRESS 1712 S. MICHIGAN AVE CHICAGO, IL 60616** | - | | | | | | 0.00 |
| Account No. **ROBERT H HAM ASSOC LTD PO BOX 77398 GREENSBORO, NC 27417** | - | | | | | | 0.00 |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ROLF JENSEN AND ASSOCIATES**<br>**101 CONVENTION CENTER DR.**<br>**#650**<br>**LAS VEGAS, NV 89109** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **ROSS HOUSTON**<br>**629 ASHBERRY LN.**<br>**ALTAMONTE SPRINGS, FL 32714** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **RUSCO FIXTURE CO INC**<br>**P.O. BOX 598**<br>**OAKBORO, NC 28129** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **RW MORIN ASSOCIATES LLC**<br>**133 MOUNTAIN RD**<br>**SUFFIELD CT 6078** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **SAM BASS**<br>**6104 PERFORMANCE DRIVE SW**<br>**CONCORD, NC 28027** | - | | | | | | **0.00** |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SBC INTERNET SERVICES** <br> **P.O. BOX 650396** <br> **DALAS, TX 75265-0396** | - | | | | | | 0.00 |
| Account No. <br><br> **SCHREIBER MULLANEY CONST** <br> **1286 HUDSON RD** <br> **ST PAUL, MN 55106** | | | | | | | 0.00 |
| Account No. <br><br> **SERVICE ONE INC** <br> **2850 W FULTON ST** <br> **CHICAGO, IL 60612** | - | | | | | | 0.00 |
| Account No. <br><br> **SHIRLEY  PARRAGUIRRE** <br> **CO CLERK FFN** <br> **PO BOX 551604** <br> **LAS VEGAS, NV 89155-1604** | - | | | | | | 0.00 |
| Account No. <br><br> **SIGN EXPRESS** <br> **3271 S HIGHLAND DR** <br> **#711** <br> **LAS VEGAS, NV 89109-1051** | - | | | | | | 0.00 |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SIGN PRODUCERS** **17713 DEER ISLE CIRCLE** **WINTER GARDEN, FL 34787** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SIGNS NOW  #150** **670 BRANSON LANDING BLVD,** **SUITE #4** **BRANSON, MO 65616** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SIGNS NOW # 85** **1003 S ORLANDO AVE** **WINTER PARK, FL 32789** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SIHLE INSURANCE GROUP INC.** **P.O. BOX 160398** **ALTAMONTE SPRINGS, FL 32716** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SILVER TRAX INCORPORATED** **134 JACKLYN DRIVE** **MADISONVILLE, KY 42431** | - | | | | | | 0.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                                    , Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SKULLDUGGERY, INC 624 SOUTH B STREET TUSIN, CA 92780 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SOUTHERN STORAGE SYSTEMS 4355 ST JOHNS PKWY SANFORD, FL 32771 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SOUTHWEST AUDIO-VISUAL 241 SOUTH UNION SPRINGFIELD, MO 65802 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SPECTRUM PRINTING 3640 PRINCETON OAKS ST ORLANDO, FL 32808 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SPEEDWAY ALBUMS, INC 10968 W 74TH TERRACE SHAWNEE, KS 66203 | - | | | | | | | 0.00 |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| SPORTCOINS, INC 78 BUFFALO AVENUE NW SUITE 120 CONCORD, NC 28025 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| SPORTS COM INC 785 VIRGINIA AVE NE ATLANTA, GA 30306 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| SPRINT PO. BOX 88026 CHICAGO, IL 60680 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| SPRINT/EMBARQ P O BOX 660068 DALLAS, TX 75266-0068 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| ST PAUL TRAVELERS SIHLE INS GROUP INC | | - | | | | | | | 0.00 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    , Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| STAPLES CREDIT PLAN DEPT 00-05024559 - PO BOX 6721 THE LAKES, NV 88901-6721 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| STEIN ADVERTISING & PR 931 GROVESMERE LOOP OCOEE, FL 34761 | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| STEPHEN M YODER 4808 W MONTROSE AVE MILWAUKEE, WI 53219 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| STUDIO 321 62 W COLONIAL DR LOFT 303 ORLANDO, FL 32801 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| STYLEMARK INC (STYLE SCIENCE) 2 SUNSHINE BLVD ORMOND BEACH, FL 32174 | - | | | | | | | 0.00 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SUPERCALIBRATIONS INC** <br> **3615 WHITE BEAR AVENUE** <br> **WHITE BEAR, MN 55110** | - | | | | | | **578.02** |
| Account No. <br><br> **SUPERIOR PRINTERS INC** <br> **1884 W FAIRBANKS AVE** <br> **WINTER PARK, FL 32789** | - | | | | | | **0.00** |
| Account No. <br><br> **T&S ENTERPRISES HANDICAP ACCSS** <br> **PO BOX 453** <br> **LITHIA, FL 33547** | - | | | | | | **0.00** |
| Account No. <br><br> **TANEY COUNTY COLLECTOR** <br> **132 DAVID STREET** <br> **FORSYTH, MO 65653** | - | | | | | | **0.00** |
| Account No. <br><br> **TATUM CFO PARTNERS LLP** <br> **PO BOX 403291** <br> **ATLANTA, GA 30384-3291** | - | | | | | | **0.00** |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **578.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TEAM CALIBER** P.O. BOX 905205 CHARLOTTE, NC 28290-5205 | - | | | | | | 0.00 |
| Account No. **TEAM IMAGE MARKETING** PO BOX 6044 UNIVERSITY CENTER STATION SUMTER, SC 29150 | - | | | | | | 0.00 |
| Account No. **TEAM UP INTERNATIONAL** 4545 ENKA HIGHWAY MORRISTOWN, TN 37813 | - | | | | | | 0.00 |
| Account No. **THE CIT GROUP/COMMERCIAL SERVI** 208 SOUTH MAIN ST-DRAWER 98 STAR, NC 27356-0098 | - | | | | | | 0.00 |
| Account No. **THE CIT GROUP/COMMERCIAL SVCS** PO BOX 1036 CHARLOTTE, NC 28201 | - | | | | | | 0.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **American Road Retail LLC**                                     ,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| THE DESIGN OFFICE (DONNELLY) 217 N BROADWAY MILWAUKEE, WI 53202 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| THE ENCORE GROUP (XPRESS CORP) 111 CLOVERLEAF DRIVE WINSTON SALEM, NC 27103 | | | | | | | 0.00 |
| Account No. | | | | | | | |
| THE FOX COMPANY INC 11000 W BECHER ST WEST ALLIS, WI 53227 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| THE MEMORY COMPANY 25 DOWNING DR PHENIX CITY, AL 36869 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| THE MWM CORPORATION 5650 WEST BUCKEYE ROAD PHOENIX, AZ 85043 | - | | | | | | 0.00 |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **American Road Retail LLC**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| THE NASSAL COMPANY 415 W KALEY ST ORLANDO, FL 32806 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| TICOR TITLE INSURANCE COMPANY 203 N LASALLE SUITE 2200 CHICAGO, IL 60601 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| TRACK COUTURE 41 SOUTH 4TH ST. SUITE 104 MEMPHIS, TN 38103 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| TWEETER HOME ENTERTAINMENT GRO 8950 WEST CHARLESTON BLVD LAS VEGAS, NV 89117 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| TWIN ENTERPRISE INC. 480 SPRAGUE STREET DEDHAM, MA 02026 | | - | | | | | 0.00 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,   Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **UMVD/VISUAL ENTERTAINMENT C/O BANK OF AMERICA PO BOX 91828 CHICAGO, IL 60693** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **UNITED STATES PLAYING CARDS 2510 RELIABLE PKWY CHICAGO, IL 60686-0025** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **UPS P O BOX 660586 DALLAS, TX 75266-0586** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **UPS PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **UPS FREIGHT P.O. BOX 79755 BALTIMORE, MD 21279-0755** | - | | | | | | | | 0.00 |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**UPS SUPPLY CHAIN SOLUTIONS**
**PO BOX 34486**
**LOUISVILLE, KY 40232** | - | | | | | | | 0.00 |
| Account No.

**UPSALES INC (PROSCAN)**
**4080 MCGINNIS FERRY RD**
**SUITE 1204**
**ALPHARETTA, GA 30005** | - | | | | | | | 0.00 |
| Account No.

**USAOPOLY**
**5607 PALMER WAY**
**CARLSBAD, CA 92010** | - | | | | | | | 0.00 |
| Account No.

**USF HOLLAND**
**27052 NETWORK PLACE**
**CHICAGO, IL 60673-1270** | - | | | | | | | 0.00 |
| Account No.

**VESTAL & WILER**
**201 EAST PINE STREET**
**SUITE 801**
**ORLANDO, FL 32801** | - | | | | | | | 0.00 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **American Road Retail LLC**                                    ,       Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**VF IMAGEWEAR**<br>**4408 WEST LINEBAUGH AVENUE**<br>**TAMPA, FL 33624** | - | | | | | | 0.00 |
| Account No.<br><br>**VINCE BALISTRERI SIGNS**<br>**P.O. BOX 593030**<br>**ORLANDO, FL 32859** | - | | | | | | 0.00 |
| Account No.<br><br>**VISUAL APEX INC.**<br>**7950 NE DAY ROAD WEST**<br>**SUITE B**<br>**BAINBRIDGE ISLAND, WA 98110** | - | | | | | | 0.00 |
| Account No.<br><br>**VOGLER EQUIPMENT CO**<br>**16500 NW 7TH AVE**<br>**MIAMI, FL 33169** | - | | | | | | 0.00 |
| Account No.<br><br>**VS PUBLISHING CO**<br>**7517 CURRENCY DR**<br>**ORLANDO, FL 32809** | - | | | | | | 0.00 |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **American Road Retail LLC** _____,    Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**WEAVER OFFICIAL PUBLICATIONS**<br>**2420 ALCOTT STREET**<br>**DENVER, CO 80211** | - | | | | | | | | 0.00 |
| Account No.<br><br>**WINCRAFT INC SDS12-1806**<br>**PO BOX 86**<br>**MINNEAPOLIS, MN 55486** | - | | | | | | | | 0.00 |
| Account No.<br><br>**WINCRAFT RACING**<br>**1124 W. FIFTH STREET**<br>**WINONA, MN 55987** | - | | | | | | | | 0.00 |
| Account No.<br><br>**XEROGRAPHIC**<br>**1948 33RD ST**<br>**ORLANDO, FL 32839** | - | | | | | | | | 0.00 |
| Account No.<br><br>**YOUNG GUNS**<br>**7309 WILLETTE COURT**<br>**KNOXVILLE, TN 37909** | - | | | | | | | | 0.00 |

Sheet no. __47__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 0.00 |
| Total<br>(Report on Summary of Schedules) | 37,915.43 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re   **American Road Retail LLC**                                    Case No. _____
                                                                ,
                                               Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allstate Leasing, Inc.**<br>**9428 Reisterstown Road**<br>**Owings, MD 21117** | **Equipment leases** |
| **American Road Management**<br>**3770 37th Street**<br>**Orlando, FL 32805** | **Management Agreement** |
| **Boulevard Invest LLC**<br>**c/o Desert Passage Management Office**<br>**3663 Las Vegas Blvd S, Suite 900**<br>**Las Vegas, NV 89109-1969** | **Contract for Desert Passage space never occupied.** |
| **Fashion Show Mall, LLC**<br>**3200 Las Vegas Blvd S, Suite 600**<br>**Las Vegas, NV 89109** | **Lease of space at Fashion Show Mall (LV)** |
| **HCW Development Company, LLC**<br>**3027 West Highway 76, Suite B**<br>**Branson, MO 65616** | **Lease of space at Branson Landing** |
| **Loyola University of Chicago**<br>**820 N.  Michigan**<br>**Chicago, IL 60611** | **Lease of space in Chicago** |
| **NASCAR**<br>**1801 W. International Speedway Blvd**<br>**P.O. Box 2875**<br>**Daytona Beach, FL 32120-2875** | **License Agreement / Release and Settlement Agreement** |

___**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6H
(10/05)

In re   **American Road Retail LLC**                                            ,   Case No. _____
                                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **American Road Retail LLC**                    Case No. _____

                                    Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**58**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 22, 2006**             Signature    **/s/ Steven F. Deli** _____

                                                  **Steven F. Deli**
                                                  **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **American Road Retail LLC**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-2,575,334.00** | **August 31, 2006 Income Statement** [1] |
| **$-1,612,957.00** | **December 31, 2005 Income Statement** |

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

1 Income Statement is as of the end of August 2006 and is unaudited.

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 3 attached hereto.** | | **$0.00** | **$0.00** |

**None**
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit 4 attached hereto.** | | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO, IL 60661-3693** | **8/29/2006** | **2,049.50** |
| **KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO, IL 60661-3693** | **8/8/2006** | **6,234.50** |
| **KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO, IL 60661-3693** | **6/20/2006** | **1,340.50** |
| **KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO, IL 60661-3693** | **9/18/2006** | **25,000.00** |

4

**10. Other transfers**

None
☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **NASCAR LOC** | **09/06** | **700,000-CD** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                  NAME USED                                  DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                         STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Adam Magill/Kristen Elder**<br>**American Road Group**<br>**875 North Michigan Ave**<br>**Suite 2144**<br>**Chicago, IL 60611** | **Adam-2004 thru 2006**<br>**Kristen-May 2006-present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Vestal & Wiler** | **201 East Pine Street**<br>**Suite 801**<br>**Orlando, FL 32801** | **2005/2006** |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**See Exhibit 5 attached hereto.**

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **September 22, 2006**                    Signature   **/s/ Steven F. Deli**

                                                             **Steven F. Deli**

                                                             **Chief Executive Officer**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **American Road Retail LLC**

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.............................................................. | $ | **29,624.50** |
| Prior to the filing of this statement I have received............................................... | $ | **29,624.50** |
| Balance Due.................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 22, 2006**

**/s/ Peter J. Young**
**Peter J. Young**
**Katten Muchin Rosenman LLP**
**525 W. Monroe Street**
**Chicago, IL 60661-3693**
**312-902-5200  Fax: 312-902-1061**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re    **American Road Retail LLC**                               Case No.
                                              Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 22, 2006**              **/s/ Steven F. Deli**

                                             **Steven F. Deli**/**Chief Executive Officer**
                                             Signer/Title

1-800-BUY-RACK
3208 INTERNATIONAL PLACE
IRVING, TX 75062


A&B SECURITY GROUP, INC
PO BOX 27230
LAS VEGAS, NV 89126


ACCOUNTEMPS
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ACTION AIR OF FLORIDA
PO BOX 617409
ORLANDO, FL 32861


ACTION PERFORMANCE CO. INC.
3735 ATLANTA INDS PKWY
ATLANTA, GA 30331


ACTION SPORTS IMAGE LLC
6301 PERFORMANCE DR.
CONCORD, NC 28027


ADAM T MAGILL
940 LASCALA DR.
WINDERMERE, FL 34786


ADT SECURITY SERVICES
3002-A EAST DIVISION ST.
SPRINGFIELD, MO 65802


ADT SECURITY SERVICES INC
PO BOX 371967
PITTSBURGH, PA 15250-7967


ADT SECURITY SERVICES, INC.
P.O. BOX 371956
PITTSBURGH, PA 15250-7956


ADVANCED FAB AND MFG
1906 TREVINO CT.
Harrison, AR 72601

ADVANTAGE SIGNS
P.O. BOX 1342
BRANSON, MO 65616

AIRPORT REVENUE NEWS
8895 N MILITARY TRAIL STE 201E
PALM BEACH GARDENS, FL 33410

AKERMAN SENTERFITT
PO BOX 4906
ORLANDO, FL 32802

ALLIED WASTE SERVICES
2115 WEST BENNETT
SPRINGFIELD, MO 65807

ALLSTATE LEASING INC
9428 REISTERSTOWN RD
OWINGS, MD 21117

ALPHA ELECTRIC SIGNS
5225 WYNN ROAD
LAS VEGAS, NV 89118

AMC DISTRIBUTING INC
PO BOX 520921
LONGWOOD, FL 32752

AMERICA'S RESEARCH GROUP
1470 TOBIAS GADSON BLVD
SUITE 202C
CHARLESTON, SC 29407

AMERICAN AD SPECIALTIES, INC
3306 MAGGIE BOULEVARD
ORLANDO, FL 32805

AMERICAN ELECTRIC
2432 N. EASTGATE
#9
SPRINGFIELD, MO 65803

AMERICAN GLASS INC
P.O. BOX 162231
ALTAMONTE SPRINGS, FL 32716

AMERICAN PAYMENT SUPPLIES
P.O. BOX 2718
CHAMPLAIN, NY 12919


AMERICAN ROAD MANAGEMENT
45606 L.B. MCLEOD ROAD
SUITE B
ORLANDO, FL 32811


AMERICAN ROAD OPERATIONS LLC
45606 L.B. MCLEOD ROAD
SUITE B
ORLANDO, FL 32811


AMERICAN SIGN & LIGHTING CO
307 E LINCOLN AVE
BENSENVILLE, IL 60106


AMERICAN SIGN & LIGHTING CO.
307 E. LINCOLN AVENUE
BENSENVILLE, IL 60106


APPLE ONE EMPLOYMENT SERVICES
PO BOX 20048
GLENDALE, CA 91809-9048


ARMSTRONG LOCK
1120 N MILLS AVE
ORLANDO, FL 32803


AT&T
P.O. BOX 78225
PHOENIX, AZ 85062-8225


AT&T
PO BOX 8100
AURORA, IL 60507-8100


AT&T TELECONFERENCE SERVICES
PO BOX 2840
OMAHA, NE 68103-2840


AT&T/ SBC
BILL PAYMENT CENTER
SAGINAW, MI 48663-0003

BANK OF AMERICA
P.O. BOX 25118
TAMPA, FL 33622


BARR DISPLAY
6424 FOREST CITY RD
ORLANDO, FL 32810


BELTMANN GROUP
DEPT 1119, P.O. BOX 1521
Minneapolis, MN 55480


BENTCIL
1755 MIDWEST BLVD
INDIANAPOLIS, IN 46214


BERGAMOT INCORPORATED
820 WISCONSIN STREET
DELAVAN, WI 53115


BIANCA DESIGNS (HAUSER MKTG)
18 N. BOYD STREET
WINTER GARDEN, FL 34787


BILL WATTS COLLECTIBLES
703 MOORESVILLE RD
KANNAPOLIS, NC 28081


BOCKSTALL DESIGN ASSOCIATES
680 MOURNING DOVE CIR
LAKE MARY, FL 32746


BOULEVARD INVEST LLC
3663 S LAS VEGAS BLVD STE 900
LAS VEGAS, NV 89109


BOYDS COLLECTION LTD
350 SOUTH STREET
MCSHERRYSTOWN, PA 17344


BRANSON LANDING/HCW, INC
3027 W HIGHWAY 76
BRANSON, MO 65616

BSI PRODUCTS INC
9510 BERGER ROAD
COLUMBIA, MD 21046


BUCKLE DOWN
176-14 CENTRAL AVE
FARMINGDALE, NY 11735


CAM COMMERCE SOLUTIONS
17075 NEWHOPE ST
FOUNTAIN VALLEY, CA 92708


CAPITAL OFFICE PRODUCTS
PO BOX 1671
DAYTONA BEACH, FL 32115


CC WRITER
1678 N HUMBOLT AVE
MILWAUKEE, WI 53202


CENTURY TEL
P.O. BOX 6001
MARION, LA 71260-6001


CHRONICLE BOOKS
DEPT 44493, PO BOX 44000
SAN FRANCISCO, CA 94144


CINNABAR
4551 L.B. MCLEOD RD
Orlando, FL 32811


CISCO-EAGLE INC
DEPARTMENT 1225
TULSA, OK 74182


CIT GROUP (JH DESIGN)
PO BOX 1036
CHARLOTTE, NC 28201-1036


CIT GROUP (PINE HOSIERY)
2088 MAIN STREET
STAR, NC 27356

CITY OF BRANSON
110 W. MADDUX
SUITE #200
BRANSON, MO 65616


CITY OF CHICAGO-DEP OF REVENUE
P.O. BOX 4956
CHICAGO, IL 60680


CLEAR CHANNEL BROADCASTING INC
PO BOX 402552
ATLANTA, GA 30384-2552


COLLEGE CONCEPTS
2000 RIVER EDGE PARKWAY SUITE 620
ATLANTA, GA 30328


COLLIERS TURLEY MARTIN TUCKER
4678 WORLD PKWY CIR
ST LOUIS, MO 63134


COMED
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMMERCIAL VIDEO & INTEGRATION
522 HUNT CLUB BLVD #152
APOPKA, FL 32703


CONCIERGE PREFERRED
1435 PLUM GROVE ROAD, SUITE C
SCHAUMBURG, IL 60173


CORP DIRECT AGENTS
P.O.BOX 38413
TALLAHASSEE, FL 32315


CREATIVE DESIGN ARCHITECTURE
1635 VILLAGE CENTER CIRCLE DR.
SUITE 150
LAS VEGAS, NV 89134


CUSTOM COMMERCIAL ENVIRONMENTS
PO BOX 933264
ATLANTA, GA 31193-3264

```
DAVE'S LOCK & KEY CO INC
2210 EDGEWATER DR
ORLANDO, FL 32804


DAYTEC SYSTEMS INC
522 HUNT CLUB BLVD
SUITE 318
APOPKA, FL 32703


DELAWARE SECRETARY OF STATE
PO BOX 74072


DELL COMMERCIAL CREDIT
DEPT 50-0051358185/PO BOX 689020
DES MOINES, IA 50368-9020


DENNISON JAGODINSKI
1500 BUCKEYE LOOP ROAD
WINTER HAVEN, FL 33881


DIRECTV
PO BOX 60036
Los Angeles, CA 90060-0036


DRAGON FIRE INDUSTRIES INC
4071 LB MCLEOD RD
SUITE A
ORLANDO, FL 32811


DREW PEARSON MARKETING
PO BOX 671245
DALLAS, TX 75267-1245


DUNBAR ARMORED INC
PO BOX 333
BALTIMORE, MD 21203


DYNAMEX INC


ELECTRIC RED CORPORATION
14 MICA LANE
SUITE 202
Wellesley Hills, MA 02481
```

```
EMPIRE DISTRIC ELECTRIC COMP
PO BOX 219239
KANSAS CITY, MO 64121-9239


ENESCO
225 WINDSOR DRIVE
ITASCA, IL 60143


EXPRESS SIGNS & GRAPHICS
7121 GRAND NATL DR
SUITE 100
ORLANDO, FL 32819


F.S. ENTERTAINMENT
3200 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89109


FASTRANS LOGISTICS, INC
4618 WORLD PARKWAY CIRCLE
ST. LOUIS, MO 63134


FDN COMMUNICATIONS
PO BOX 31457
TAMPA, FL 33631-3457


FEDERAL EXPRESS
PO. BOX 94515
PALATINE, IL 60094-4515


FISH WINDOW CLEANING
PO BOX 162091
ALTAMONTE SPRINGS, FL 32716


FITCH INC
15425 N GREENWAY-HAYDEN LOOP
SUITE 100
SCOTTSDALE, AZ 85260


FLORIDA BANCORP SUPPLY INC
PO BOX 560128
ORLANDO, FL 32856


Florida Department of Revenue
1379 Blountstown Hwy
Tallahassee, FL 32304-2716
```

FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0100


FLORIDA STATE DISTRIBUTORS INC
4601 SW 34TH STREET SUITE 102
ORLANDO, FL 32811


FOR SPORTS FANS
17979 ARENTH AVE BLDG A
CITY OF INDUSTRY, CA 91748


FORTUNE FASHIONS IND
PO BOX 910945
LOS ANGELES, CA 90091


FRIEDRICH WATKINS CO INC
2548 INDUSTRIAL BLVD
ORLANDO, FL 32804


GAME TIME LLC
10 STAGE DOOR ROAD
FISHKILL, NY 12524


GEM SUPPLY CO
PO BOX 551173
ORLANDO, FL 32855-1173


GENERAL GROWTH PROPERTIES
3200 LAS VEGAS BLVD STE 600
LAS VEGAS, NV 89109


GETTY IMAGES INC
PO BOX 953604
ST LOUIS, MO 63195-3604


GIBSON ELECTRIC & TECH SOL
2100 S YORK RD
SUITE 2000
OAK BROOK, IL 60523-1916


GRAINGER
4180 LB MCLEOD RD
ORLANDO, FL 32811-5695

GREAT BIG PICTURES INC
PO BOX 15310
LOVES PARK, IL 15310


HARLEY DAVIDSON AMERICAN ROAD LLC
45606 L.B. MCLEOD ROAD
SUITE B
ORLANDO, FL 32811


HAUSER MARKETING ASSOC INC
18 N BOYD ST
WINTER GARDEN, FL 34787


HCW PRIVATE DEVELOPMENT
100 BRANSON LANDING
BRANSON, MO 65616


HERFF JONES INC (AND. JEWELRY)
226 PUBLIC STREET BOX 6500
PROVIDENCE, RI 02940-6500


HOMETEAM PEST DEFENSE LLC
765 W STATE RD 434 STE J
LONGWOOD, FL 32750


HUNTER
201 WEST LONDON AVE
LEXINGTON, KY 40508


I LOVE ORLANDO
5601 WINDHOVER DRIVE
SUITE 306
ORLANDO, FL 32819


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084


ILLINOIS SECRETARY OF STATE
LIABILITY LIMITATION SERVICES
SPRINGFIELD, IL 62756-5200


IMAGE ROCKS
602 FRONT ST
CELEBRATION, FL 34747

INFINITY BROADCASTING WUSN-FM
180 N STETSON STE 10000
CHICAGO, IL 60601


INTERIOR SYSTEMS
P. O. BOX 3134
MILWAUKEE, WI 53201-3134


INTERNATIONAL ENVIORNMENTAL
MANAGEMENT, INC.
11660 ALPHARETTA HIGHWAY, SUITE 245
ROSWELL, GA 30076


INTERNATIONAL RETAIL SVCS GRP
5192 PAYSPHERE CIR
CHICAGO, IL 60674


INTERTECT DESIGN GROUP, INC
7059 UNIVERSITY BLVD
WINTER PARK, FL 32792


ISC PUBLICATIONS
PO BOX 2801
DAYTONA BEACH, FL 32120


J & S MULTIMEDIA INC
7450 SANDLAKE COMMONS BLVD
ORLANDO, FL 32819


JD FACTORS LLC   (EXECUTE)
1284 PUERTA DEL SOL
SUITE 105
SAN CLEMENTE, CA 92673


JEBCO CLOCKS
125 ADVANCED DRIVE
SPRINGBORO, OH 45066


JESSICA TAMPAS PHOTOGRAPHY
312 N. MAY
STUDIO #104
CHICAGO, IL 60607

JUMPSTART LLC DBA ZIPPOMOTROSP
235 NO.CHERRY STREET
SUITE 200
WINTSON-SALEM, NC 27101


KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693


KEY MAGAZINE
226 E ONTARIO ST
#300
CHICAGO, IL 60611


KUBIN-NICHOLSON CORPORATION
PO BOX 88313
MILWAUKEE, WI 53288-0313


LAS VEGAS MAGAZINE + SHOWBIZ
2290 CORPORATE CIRCLE SUITE 250
HENDERSON, NV 89074


LAS VEGAS MOTOR SPEED
7000 LAS VEGAS BLVD. NORTH
LAS VEGAS, NV 89115


LAWRENCE SIGNS
945 PIERCE BUTTER ROAD
SAINT PAUL, MN 55104


LEE JACKSON CONSTRUCTION, LLC
3930 GLADE RD
#108
COLLEYVILLE, TX 76034


LOWNDES, DROSDICK, DOSTER
PO BOX 2809
ORLANDO, FL 32802-2809


MARTIN HARRIS CONSTRUCTION
3030 S. HIGHLAND DRIVE
LAS VEGAS, NV 89109

MATTEL
PO BOX 100125
ATLANTA, GA 30384


MEGAPRINTS
7006 STAPOINT CT STE C
WINTER PARK, FL 32792


MIKE BRYANT
8634 HOPEWELL RD
Harrison, AR 72601


MILLARD MALL SERVICES
35075 EAGLE WAY
CHICAGO, IL 60678-1350


Minnesota Department of Revenue
600 North Robert Street
Saint Paul, MN 55101


MINNESOTA SECRETARY OF STATE
BLDG 180
100 REV. DR.MLK, JR. BLVD
SAINT PAUL, MN 55155-1299


Missouri Department of Revenue
Harry S Truman State Office Bldg
301 West High Street
Jefferson City, MO 65101


MISSOURI DEPARTMENT OF REVENUE
PO BOX 3360
JEFFERSON CITY, MO 65105-3360


MORRIS VISITOR PUBLICATIONS
PO BOX 936
AUGUSTA, GA 30903-0936


MOTORSPORTS INTERNATIONAL
12650 U.S. 12
BROOKLYN, MI 49230-9068


MOUNTED MEMORIES
5000 NW 108TH AVE
SUNRISE, FL 33351

MR HAWAII INC
16817 S WESTERN AVE
GARDENA, CA 90247


MSP EMPLOYEE PARKING
NW 5481 PO BOX 1450
MINNEAPOLIS, MN 55485-5481


NASCAR
1801 W. INTERNATIONAL SPEEDWAY BLVD
P.O. BOX 2875
DAYTONA BEACH, FL 32120


NATIONAL GRAPHIC IMAGING
1612 N ORANGE AVE
ORLANDO, FL 32804


NEVADA DEPARTMENT OF TAXATION
1550 E. COLLEGE PKWY
#115
CARSON CITY, NV 89706


NEVADA POWER COMPANY
PO BOX 30086
RENO, NV 89520-3086


Neveda Department of Revenue
1550 College Parkway
Carson City, NV 89706


OFFICE DEPOT CREDIT PLAN
DEPT 69-00815744 / PO BOX 6716
THE LAKES, NV 88901-6716


ONYXLIGHT COMMUNICATIONS INC
100 W LUCERNE CIR
SUITE 503
ORLANDO, FL 32801


OPTO INTERNATIONAL INC
220 MESSNER DR
WHEELING, IL 60090

OVERNITE TRANS/ A UPS COMPANY
P.O. BOX 79755
BALTIMORE, MD 21279


PAC GROUP
2702 NAN DR
OCOEE, FL 34761


PACIFIC CONNECTIONS
20 W. 33RD STREET
11TH FLOOR
NEW YORK, NY 10001


PACKAGING SUPPLIES INC
PMB 968 / 11259 E VIA LINDA
SUITE 100
SCOTTSDALE, AZ 85259


PERFORMANCE PRESS
2000 PLATINUM RD
SUITE 100
APOPKA, FL 32703


PIT STOP PETS N PALS
122 ETHAN ALLEN DRIVE
DAHLONEGA, GA 30533


PLUS DIGITAL PRINT LLC
W141 N9400 FOUNTAIN BLVD
MENOMONEE, WI 53051


PODS
9550 PARK SOUTH CT
SUITE 300
ORLANDO, FL 32837


POWER CONSTRUCTION COMPANY LLC
2360 N PALMER DR
SCHAUMBURG, IL 60173-3819


PREMIER WASTE & RECYCLING
PO BOX 17111
CHICAGO, IL 60617

PROGRESSIVE COMMUNICATIONS
1001 SAND POND ROAD
LAKE MARY, FL 32746


PUSH
150 N. ORANGE AVE
SUITE 300
ORLANDO, FL 32801


QWEST
PO BOX 173821
DENVER, CO 80217-3821


RACE BRICKS MEMORABILIA
21515 ROSCOE BLVD
CANOGA PARK, CA 91304


RACEPRO MOTORSPORTS
585 WENDERMERE DRIVE
HUBBARD, OH 44425


RACING REFLECTIONS, INC.
556 SOUTH MAIN STREET
MAROIN, VI 243545


RC2 BRANDS INC. 1971
RELIABLE PARKWAY
CHICAGO, IL 60686-1971


RED ROCKET INCORPORATED
1600 N ORANGE AVE
STUDIO 14
ORLANDO, FL 32804


REEVE STORE EQUIPMENT
PO BOX 276
PICO RIVERA, CA 90660


REGENCY LIGHTING
16665 ARMINTA ST
VAN NUYS, CA 91406


RICO/TAG EXPRESS
1712 S. MICHIGAN AVE
CHICAGO, IL 60616

ROBERT H HAM ASSOC LTD
PO BOX 77398
GREENSBORO, NC 27417


ROLF JENSEN AND ASSOCIATES
101 CONVENTION CENTER DR.
#650
LAS VEGAS, NV 89109


ROSS HOUSTON
629 ASHBERRY LN.
ALTAMONTE SPRINGS, FL 32714


RUSCO FIXTURE CO INC
P.O. BOX 598
OAKBORO, NC 28129


RW MORIN ASSOCIATES LLC
133 MOUNTAIN RD
SUFFIELD CT 6078


SAM BASS
6104 PERFORMANCE DRIVE SW
CONCORD, NC 28027


SBC INTERNET SERVICES
P.O. BOX 650396
DALAS, TX 75265-0396


SCHREIBER MULLANEY CONST
1286 HUDSON RD
ST PAUL, MN 55106


SERVICE ONE INC
2850 W FULTON ST
CHICAGO, IL 60612


SHIRLEY  PARRAGUIRRE
CO CLERK FFN
PO BOX 551604
LAS VEGAS, NV 89155-1604

SIGN EXPRESS
3271 S HIGHLAND DR
#711
LAS VEGAS, NV 89109-1051


SIGN PRODUCERS
17713 DEER ISLE CIRCLE
WINTER GARDEN, FL 34787


SIGNS NOW  #150
670 BRANSON LANDING BLVD,
SUITE #4
BRANSON, MO 65616


SIGNS NOW # 85
1003 S ORLANDO AVE
WINTER PARK, FL 32789


SIHLE INSURANCE GROUP INC.
P.O. BOX 160398
ALTAMONTE SPRINGS, FL 32716


SILVER TRAX INCORPORATED
134 JACKLYN DRIVE
MADISONVILLE, KY 42431


SKULLDUGGERY, INC
624 SOUTH B STREET
TUSIN, CA 92780


SOUTHERN STORAGE SYSTEMS
4355 ST JOHNS PKWY
SANFORD, FL 32771


SOUTHWEST AUDIO-VISUAL
241 SOUTH UNION
SPRINGFIELD, MO 65802


SPECTRUM PRINTING
3640 PRINCETON OAKS ST
ORLANDO, FL 32808


SPEEDWAY ALBUMS, INC
10968 W 74TH TERRACE
SHAWNEE, KS 66203

SPORTCOINS, INC
78 BUFFALO AVENUE NW
SUITE 120
CONCORD, NC 28025


SPORTS COM INC
785 VIRGINIA AVE NE
ATLANTA, GA 30306


SPRINT
PO. BOX 88026
CHICAGO, IL 60680


SPRINT/EMBARQ
P O BOX 660068
DALLAS, TX 75266-0068


ST PAUL TRAVELERS
SIHLE INS GROUP INC


STAPLES CREDIT PLAN
DEPT 00-05024559 -
PO BOX 6721
THE LAKES, NV 88901-6721


STEIN ADVERTISING & PR
931 GROVESMERE LOOP
OCOEE, FL 34761


STEPHEN M YODER
4808 W MONTROSE AVE
MILWAUKEE, WI 53219


STUDIO 321
62 W COLONIAL DR
LOFT 303
ORLANDO, FL 32801


STYLEMARK INC (STYLE SCIENCE)
2 SUNSHINE BLVD
ORMOND BEACH, FL 32174

SUPERCALIBRATIONS INC
3615 WHITE BEAR AVENUE
WHITE BEAR, MN 55110


SUPERIOR PRINTERS INC
1884 W FAIRBANKS AVE
WINTER PARK, FL 32789


T&S ENTERPRISES HANDICAP ACCSS
PO BOX 453
LITHIA, FL 33547


TANEY COUNTY COLLECTOR
132 DAVID STREET
FORSYTH, MO 65653


TATUM CFO PARTNERS LLP
PO BOX 403291
ATLANTA, GA 30384-3291


TEAM CALIBER
P.O. BOX 905205
CHARLOTTE, NC 28290-5205


TEAM IMAGE MARKETING
PO BOX 6044 UNIVERSITY CENTER STATION
SUMTER, SC 29150


TEAM UP INTERNATIONAL
4545 ENKA HIGHWAY
MORRISTOWN, TN 37813


THE CIT GROUP/COMMERCIAL SERVI
208 SOUTH MAIN ST-DRAWER 98
STAR, NC 27356-0098


THE CIT GROUP/COMMERCIAL SVCS
PO BOX 1036
CHARLOTTE, NC 28201


THE DESIGN OFFICE (DONNELLY)
217 N BROADWAY
MILWAUKEE, WI 53202

THE ENCORE GROUP (XPRESS CORP)
111 CLOVERLEAF DRIVE
WINSTON SALEM, NC 27103


THE FOX COMPANY INC
11000 W BECHER ST
WEST ALLIS, WI 53227


THE MEMORY COMPANY
25 DOWNING DR
PHENIX CITY, AL 36869


THE MWM CORPORATION
5650 WEST BUCKEYE ROAD
PHOENIX, AZ 85043


THE NASSAL COMPANY
415 W KALEY ST
ORLANDO, FL 32806


TICOR TITLE INSURANCE COMPANY
203 N LASALLE
SUITE 2200
CHICAGO, IL 60601


TRACK COUTURE
41 SOUTH 4TH ST.
SUITE 104
MEMPHIS, TN 38103


TWEETER HOME ENTERTAINMENT GRO
8950 WEST CHARLESTON BLVD
LAS VEGAS, NV 89117


TWIN ENTERPRISE INC.
480 SPRAGUE STREET
DEDHAM, MA 02026


UMVD/VISUAL ENTERTAINMENT
C/O BANK OF AMERICA
PO BOX 91828
CHICAGO, IL 60693

UNITED STATES PLAYING CARDS
2510 RELIABLE PKWY
CHICAGO, IL 60686-0025


UPS
P O BOX 660586
DALLAS, TX 75266-0586


UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UPS FREIGHT
P.O. BOX 79755
BALTIMORE, MD 21279-0755


UPS SUPPLY CHAIN SOLUTIONS
PO BOX 34486
LOUISVILLE, KY 40232


UPSALES INC (PROSCAN)
4080 MCGINNIS FERRY RD
SUITE 1204
ALPHARETTA, GA 30005


USAOPOLY
5607 PALMER WAY
CARLSBAD, CA 92010


USF HOLLAND
27052 NETWORK PLACE
CHICAGO, IL 60673-1270


VESTAL & WILER
201 EAST PINE STREET
SUITE 801
ORLANDO, FL 32801


VF IMAGEWEAR
4408 WEST LINEBAUGH AVENUE
TAMPA, FL 33624


VINCE BALISTRERI SIGNS
P.O. BOX 593030
ORLANDO, FL 32859

VISUAL APEX INC.
7950 NE DAY ROAD WEST
SUITE B
BAINBRIDGE ISLAND, WA 98110


VOGLER EQUIPMENT CO
16500 NW 7TH AVE
MIAMI, FL 33169


VS PUBLISHING CO
7517 CURRENCY DR
ORLANDO, FL 32809


WEAVER OFFICIAL PUBLICATIONS
2420 ALCOTT STREET
DENVER, CO 80211


WINCRAFT INC SDS12-1806
PO BOX 86
MINNEAPOLIS, MN 55486


WINCRAFT RACING
1124 W. FIFTH STREET
WINONA, MN 55987


XEROGRAPHIC
1948 33RD ST
ORLANDO, FL 32839


YOUNG GUNS
7309 WILLETTE COURT
KNOXVILLE, TN 37909

# United States Bankruptcy Court
## Northern District of Illinois

In re **American Road Retail LLC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Road Retail LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2006**

Date

**/s/ Peter J. Young**

**Peter J. Young**

Signature of Attorney or Litigant

Counsel for **American Road Retail LLC**

**Katten Muchin Rosenman LLP**
**525 W. Monroe Street**
**Chicago, IL 60661-3693**
**312-902-5200 Fax:312-902-1061**

In re American Road Retail LLC

# EXHIBIT 1

## (TO SCHEDULE B)

Type of Property – Category 2

**ACCOUNT   1940.500.003**

| DATE | DESCRIPTION | STORE # | AMOUNT |
|------|-------------|---------|--------|
| 1/11/2006 | ALLSTATE LEASING SECURITY DEP | 003 | $ 3,003.35 |
| 3/20/2006 | ALLSTATE LEASING SECURITY DEP | 004 | $ 2,253.19 |
| 4/10/2006 | EMPIRE ELECTRIC-DEPOSIT | 009 | $ 1,000.00 |
| 5/31/2006 | QUEST DEPOSIT-MN | 009 | $ 350.00 |
| 5/23/2006 | ALLSTATE LEASING SECURITY DEP | 009 | $ 2,963.04 |
| **TOTALS** | | | **$9,569.58** |

In re American Road Retail LLC

# EXHIBIT 2

## (TO SCHEDULE B)

Type of Property – Categories 4, 28, 29

| ASSET | PLACE | TYPE | DATE IN SERVICE | COST | A/D | Book Value | |
|---|---|---|---|---|---|---|---|
| POS SYSTEM | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 5/23/2005 | $ 48,534.18 | $ 12,133.50 | 36,400.68 | |
| IBM LAPTOP | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 6/16/2005 | $ 2,119.69 | $ 494.62 | $ 1,625.07 | |
| POS SYSTEM LICENSES | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 6/30/2005 | $ 5,538.96 | $ 1,292.48 | $ 4,246.48 | |
| LAPTOPS | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/1/2005 | $ 7,801.73 | $ 1,690.39 | $ 6,111.34 | |
| DELL COMPUTERS | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/18/2005 | $ 1,504.87 | $ 326.04 | $ 1,178.83 | |
| RETAIL STAR | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/21/2005 | $ 5,526.89 | $ 1,197.43 | $ 4,329.46 | |
| RETAIL STAR | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/26/2005 | $ 1,548.00 | $ 335.40 | $ 1,212.60 | |
| RETAIL STAR | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/28/2005 | $ 3,189.68 | $ 691.08 | $ 2,498.60 | |
| RETAIL STAR | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 7/28/2005 | $ 2,780.23 | $ 602.42 | $ 2,177.81 | |
| Cam Server Rack | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 6/30/2006 | $ 2,640.43 | $ 88.02 | $ 2,552.41 | |
| RETAIL STAR - CM | ADMIN | COMPUTERS & COMPUTER EQUIPMENT | 10/7/2005 | $ (2,051.58) | $ (341.90) | $ (1,709.68) | |
| | **ADMIN Total** | | | $ 79,133.08 | $ 18,509.48 | $ 60,623.60 | $ 132,220.81 |
| MONITORS | I-DRIVE | COMPUTERS & COMPUTER EQUIPMENT | 6/15/2005 | $ 2,275.31 | $ 530.88 | $ 1,744.43 | |
| SOUND SYSTEM | I-DRIVE | COMPUTERS & COMPUTER EQUIPMENT | 6/16/2005 | $ 1,836.32 | $ 428.54 | $ 1,407.78 | |
| INSTALL COMPUTERS | I-DRIVE | COMPUTERS & COMPUTER EQUIPMENT | 7/18/2005 | $ 5,556.30 | $ 1,203.93 | $ 4,352.37 | |
| | **I-DRIVE Total** | | | $ 9,667.93 | $ 2,163.35 | $ 7,504.58 | |
| RETAIL STAR | CHICAGO | COMPUTERS & COMPUTER EQUIPMENT | 7/26/2005 | $ 15,122.12 | $ 3,276.52 | $ 11,845.60 | |
| ROUTERS | CHICAGO | COMPUTERS & COMPUTER EQUIPMENT | 8/25/2005 | $ 1,102.10 | $ 220.44 | $ 881.66 | |
| SOUND SYSTEM | CHICAGO | COMPUTERS & COMPUTER EQUIPMENT | 9/30/2005 | $ 8,248.32 | $ 1,512.17 | $ 6,736.15 | |
| 3 PLASMA DISPLAYS | CHICAGO | COMPUTERS & COMPUTER EQUIPMENT | 9/30/2005 | $ 5,498.13 | $ 1,008.04 | $ 4,490.09 | |
| | **CHICAGO Total** | | | $ 29,970.67 | $ 6,017.17 | $ 23,953.50 | |
| PLASMA WALL | LAS VEGAS | COMPUTERS & COMPUTER EQUIPMENT | 1/1/2006 | $ 35,309.08 | $ 4,119.36 | $ 31,189.72 | |
| PLASMA WALL | LAS VEGAS | COMPUTERS & COMPUTER EQUIPMENT | 3/8/2006 | $ (1,699.97) | $ (141.65) | $ (1,558.32) | |
| POS SYSTEM | LAS VEGAS | COMPUTERS & COMPUTER EQUIPMENT | 1/1/2006 | $ 2,005.88 | $ 133.72 | $ 1,872.16 | |
| | LAS VEGAS | COMPUTERS & COMPUTER EQUIPMENT | 5/23/2006 | $ (2,005.88) | $ (133.72) | $ (1,872.16) | |
| CAMERAS | LAS VEGAS | COMPUTERS & COMPUTER EQUIPMENT | 3/9/2006 | $ 8,250.60 | $ 687.55 | $ 7,563.05 | |
| | **LAS VEGAS Total** | | | $ 41,859.71 | $ 4,665.26 | $ 37,194.45 | |
| SECURITY SYSTEM | BRANSON | COMPUTERS & COMPUTER EQUIPMENT | 4/30/2006 | $ 3,155.00 | $ 210.32 | $ 2,944.68 | |
| | **BRANSON Total** | | | $ 3,155.00 | $ 210.32 | $ 2,944.68 | |
| | I-DRIVE | COMPUTERS & COMPUTER EQUIPMENT | 4/4/2006 | $ 2,631.97 | $ 43.87 | $ 2,588.10 | |
| | I-DRIVE | COMPUTERS & COMPUTER EQUIPMENT | 5/25/2006 | $ (2,631.97) | $ (43.87) | $ (2,588.10) | |
| | **I-DRIVE Total** | | | $ - | $ - | $ - | |
| ROLLCAGE PHOTO-OP | CHICAGO | EQUIPMENT | 7/31/2005 | $ 3,300.91 | $ 510.90 | $ 2,790.01 | |
| VIDEO SYTEM | CHICAGO | EQUIPMENT | 9/20/2005 | $ 7,565.20 | $ 990.66 | $ 6,574.54 | |
| ROLLCAGE PHOTO-OP | CHICAGO | EQUIPMENT | 9/20/2005 | $ 18,705.18 | $ 2,449.48 | $ 16,255.70 | |
| | **CHICAGO Total** | | | $ 29,571.29 | $ 3,951.04 | $ 25,620.25 | $ 49,153.38 |
| | BRANSON | EQUIPMENT | 6/26/2006 | $ 12,127.49 | $ 288.74 | $ 11,838.75 | |
| | BRANSON | EQUIPMENT | 5/5/2006 | $ 12,127.49 | $ 433.11 | $ 11,694.38 | |
| | **BRANSON Total** | | | $ 24,254.98 | $ 721.85 | $ 23,533.13 | |
| OFFICE FURNITURE | ADMIN | FURNITURE & FIXTURES | 5/10/2005 | $ 6,411.34 | $ 1,144.95 | $ 5,266.39 | |
| | **ADMIN Total** | | | $ 6,411.34 | $ 1,144.95 | $ 5,266.39 | $ 329,298.21 |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 7/5/2005 | $ 44,837.34 | $ 6,939.14 | $ 37,898.20 | |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 7/8/2005 | $ 1,213.40 | $ 187.85 | $ 1,025.55 | |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 7/11/2005 | $ 1,246.14 | $ 192.92 | $ 1,053.22 | |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 8/4/2005 | $ 1,053.06 | $ 150.48 | $ 902.58 | |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 8/17/2005 | $ 3,128.44 | $ 446.88 | $ 2,681.56 | |
| DISPLAYS | I-DRIVE | FURNITURE & FIXTURES | 12/1/2005 | $ 4,475.47 | $ 426.24 | $ 4,049.23 | |
| | **I-DRIVE Total** | | | $ 55,953.85 | $ 8,343.51 | $ 47,610.34 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 8/10/2005 | $ 2,000.00 | $ 285.72 | $ 1,714.28 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 8/16/2005 | $ 2,125.00 | $ 303.60 | $ 1,821.40 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 8/17/2005 | $ 3,128.44 | $ 446.88 | $ 2,681.56 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/1/2005 | $ 2,041.23 | $ 267.30 | $ 1,773.93 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/8/2005 | $ 11,123.10 | $ 1,456.62 | $ 9,666.48 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/12/2005 | $ 4,402.70 | $ 576.51 | $ 3,826.19 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/12/2005 | $ 11,985.00 | $ 1,569.48 | $ 10,415.52 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/12/2005 | $ 2,404.65 | $ 314.93 | $ 2,089.72 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/14/2005 | $ 2,224.61 | $ 291.28 | $ 1,933.33 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/19/2005 | $ 1,177.61 | $ 154.22 | $ 1,023.39 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 9/22/2005 | $ 2,942.74 | $ 385.33 | $ 2,557.41 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 11/1/2005 | $ 48,802.24 | $ 5,228.82 | $ 43,573.42 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 11/30/2005 | $ 1,239.82 | $ 132.84 | $ 1,106.98 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 12/1/2005 | $ 1,919.41 | $ 182.80 | $ 1,736.61 | |
| DISPLAYS | CHICAGO | FURNITURE & FIXTURES | 12/1/2005 | $ 5,412.57 | $ 515.52 | $ 4,897.05 | |
| | **CHICAGO Total** | | | $ 102,929.12 | $ 12,111.85 | $ 90,817.27 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 12/9/2005 | $ 8,240.00 | $ 784.80 | $ 7,455.20 | |

1

In re American Road Retail LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 12/28/2005 | $ 3,423.87 | $ 326.08 | $ 3,097.79 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 1/1/2006 | $ 2,314.92 | $ 192.92 | $ 2,122.00 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 1/1/2006 | $ 1,588.40 | $ 132.37 | $ 1,456.03 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 1/1/2006 | $ 71,700.98 | $ 5,975.06 | $ 65,725.92 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 1/12/2006 | $ 11,839.00 | $ 986.58 | $ 10,852.42 | |
| DISPLAYS | LAS VEGAS | FURNITURE & FIXTURES | 1/19/2006 | $ 4,539.72 | $ 378.28 | $ 4,161.44 | |
| PELMET BRACKETS | LAS VEGAS | FURNITURE & FIXTURES | 1/30/2006 | $ 1,000.00 | $ 83.30 | $ 916.70 | |
| CASH WRAP | LAS VEGAS | FURNITURE & FIXTURES | 2/1/2006 | $ 11,384.87 | $ 813.18 | $ 10,571.69 | |
| PANELS | LAS VEGAS | FURNITURE & FIXTURES | 2/9/2006 | $ 4,644.25 | $ 331.74 | $ 4,312.51 | |
| | LAS VEGAS | FURNITURE & FIXTURES | 4/1/2006 | $ 11,384.87 | $ 542.12 | $ 10,842.75 | |
| | **LAS VEGAS Total** | | | $ 132,060.88 | $ 10,546.43 | $ 121,514.45 | |
| | BRANSON | FURNITURE & FIXTURES | 5/1/2006 | $ 1,965.71 | $ 70.20 | $ 1,895.51 | |
| | BRANSON | FURNITURE & FIXTURES | 6/2/2006 | $ 19,556.30 | $ 465.62 | $ 19,090.68 | |
| | BRANSON | FURNITURE & FIXTURES | 6/6/2006 | $ 2,462.80 | $ 58.64 | $ 2,404.16 | |
| | BRANSON | FURNITURE & FIXTURES | 6/30/2006 | $ 3,062.39 | $ 72.92 | $ 2,989.47 | |
| | BRANSON | FURNITURE & FIXTURES | 6/30/2006 | $ 852.42 | $ 20.30 | $ 832.12 | |
| | BRANSON | FURNITURE & FIXTURES | 5/30/2006 | $ 38,243.66 | $ 1,365.84 | $ 36,877.82 | |
| | **BRANSON Total** | | | $ 66,143.28 | $ 2,053.52 | $ 64,089.76 | |
| PHOTOS | ADMIN | SIGNAGE | 6/29/2005 | $ 4,400.00 | $ 5,133.26 | $ (733.26) | |
| SIGN DESIGN - AIRPORTS | ADMIN | SIGNAGE | 7/30/2005 | $ 8,144.98 | $ 1,764.75 | $ 6,380.23 | |
| SIGN DESIGN - AIRPORTS | ADMIN | SIGNAGE | 7/30/2005 | $ (8,144.98) | $ (1,629.00) | $ (6,515.98) | |
| SIGN DESIGN - AIRPORTS | ADMIN | SIGNAGE | 10/1/2005 | $ 13,000.00 | $ 2,166.70 | $ 10,833.30 | |
| SIGN DESIGN - AIRPORTS | ADMIN | SIGNAGE | 12/9/2005 | $ (6,500.00) | $ (866.64) | $ (5,633.36) | |
| SIGN DESIGN - AIRPORTS | ADMIN | SIGNAGE | 1/6/2006 | $ 2,000.00 | $ 233.31 | $ 1,766.69 | |
| SIGN | ADMIN | SIGNAGE | 3/15/2006 | $ 1,400.00 | $ 116.65 | $ 1,283.35 | |
| | **ADMIN Total** | | | $ 14,300.00 | $ 6,919.03 | $ 7,380.97 | $ 129,767.85 |
| SIGN | I-DRIVE | SIGNAGE | 7/6/2005 | $ 18,098.00 | $ 5,601.70 | $ 12,496.30 | |
| SIGN | I-DRIVE | SIGNAGE | 7/21/2005 | $ 1,746.35 | $ 540.54 | $ 1,205.81 | |
| SIGN | I-DRIVE | SIGNAGE | 7/21/2005 | $ 1,074.67 | $ 332.67 | $ 742.00 | |
| SIGN | I-DRIVE | SIGNAGE | 9/8/2005 | $ 1,544.25 | $ 404.47 | $ 1,139.78 | |
| SIGN | I-DRIVE | SIGNAGE | 10/1/2005 | $ 1,534.50 | $ 1,278.80 | $ 255.70 | |
| SIGN | I-DRIVE | SIGNAGE | 10/19/2005 | $ 1,724.98 | $ 410.70 | $ 1,314.28 | |
| SIGN | I-DRIVE | SIGNAGE | 12/1/2005 | $ 1,597.50 | $ 106.48 | $ 1,491.02 | |
| SIGN | I-DRIVE | SIGNAGE | 12/28/2005 | $ 2,662.50 | $ 177.52 | $ 2,484.98 | |
| SIGN | I-DRIVE | SIGNAGE | 3/31/2006 | $ 1,799.91 | $ 75.00 | $ 1,724.91 | |
| SIGN | I-DRIVE | SIGNAGE | 3/31/2006 | $ 3,450.60 | $ 143.80 | $ 3,306.80 | |
| | **I-DRIVE Total** | | | $ 35,233.26 | $ 9,071.68 | $ 26,161.58 | |
| SIGN | CHICAGO | SIGNAGE | 5/1/2005 | $ 5,287.50 | $ 660.90 | $ 4,626.60 | |
| SIGN | CHICAGO | SIGNAGE | 8/25/2005 | $ 9,119.00 | $ 911.88 | $ 8,207.12 | |
| SIGN | CHICAGO | SIGNAGE | 8/31/2005 | $ 9,052.50 | $ 905.28 | $ 8,147.22 | |
| SIGN | CHICAGO | SIGNAGE | 9/15/2005 | $ 4,047.00 | $ 371.03 | $ 3,675.97 | |
| SIGN | CHICAGO | SIGNAGE | 10/1/2005 | $ 1,504.05 | $ 125.30 | $ 1,378.75 | |
| SIGN | CHICAGO | SIGNAGE | 10/1/2005 | $ 2,261.69 | $ 188.50 | $ 2,073.19 | |
| SIGN | CHICAGO | SIGNAGE | 10/1/2005 | $ 2,050.63 | $ 170.90 | $ 1,879.73 | |
| SIGN | CHICAGO | SIGNAGE | 10/1/2005 | $ 1,534.50 | $ 1,278.80 | $ 255.70 | |
| SIGN | CHICAGO | SIGNAGE | 11/1/2005 | $ 1,936.30 | $ 145.26 | $ 1,791.04 | |
| SIGN | CHICAGO | SIGNAGE | 12/9/2005 | $ (4,526.25) | $ (301.76) | $ (4,224.49) | |
| SIGN | CHICAGO | SIGNAGE | 12/28/2005 | $ 2,662.50 | $ 177.52 | $ 2,484.98 | |
| | **CHICAGO Total** | | | $ 34,929.42 | $ 4,633.61 | $ 30,295.81 | |
| SIGN | LAS VEGAS | SIGNAGE | 11/16/2005 | $ 2,000.00 | $ 150.03 | $ 1,849.97 | |
| SIGN | LAS VEGAS | SIGNAGE | 12/12/2005 | $ 2,228.66 | $ 148.56 | $ 2,080.10 | |
| SIGN | LAS VEGAS | SIGNAGE | 1/1/2006 | $ 6,500.00 | $ 379.19 | $ 6,120.81 | |
| SIGN | LAS VEGAS | SIGNAGE | 1/1/2006 | $ 1,200.00 | $ 70.00 | $ 1,130.00 | |
| SIGN | LAS VEGAS | SIGNAGE | 1/11/2006 | $ 3,064.01 | $ 178.71 | $ 2,885.30 | |
| SIGN | LAS VEGAS | SIGNAGE | 1/11/2006 | $ 2,300.00 | $ 134.19 | $ 2,165.81 | |
| SIGN | LAS VEGAS | SIGNAGE | 1/17/2006 | $ 4,944.10 | $ 288.40 | $ 4,655.70 | |
| SIGN | LAS VEGAS | SIGNAGE | 2/6/2006 | $ 1,200.00 | $ 60.00 | $ 1,140.00 | |
| SIGN | LAS VEGAS | SIGNAGE | 2/9/2006 | $ 1,283.69 | $ 64.20 | $ 1,219.49 | |
| SIGN | LAS VEGAS | SIGNAGE | 2/17/2006 | $ 7,446.48 | $ 372.30 | $ 7,074.18 | |
| SIGN | LAS VEGAS | SIGNAGE | 3/8/2006 | $ 1,159.17 | $ 48.30 | $ 1,110.87 | |
| SIGN | LAS VEGAS | SIGNAGE | 3/31/2006 | $ 2,250.00 | $ 93.75 | $ 2,156.25 | |
| | **LAS VEGAS Total** | | | $ 35,576.11 | $ 1,987.63 | $ 33,588.48 | |
| SIGN | BRANSON | SIGNAGE | 2/24/2006 | $ 8,844.00 | $ 442.20 | $ 8,401.80 | |
| | BRANSON | SIGNAGE | 5/23/2006 | $ 2,801.00 | $ 70.02 | $ 2,730.98 | |
| | BRANSON | SIGNAGE | 6/12/2006 | $ 13,346.58 | $ 222.44 | $ 13,124.14 | |
| | BRANSON | SIGNAGE | 7/1/2006 | $ 5,031.58 | $ 41.93 | $ 4,989.65 | |
| | BRANSON | SIGNAGE | 7/3/2006 | $ 3,250.00 | $ 27.08 | $ 3,222.92 | |
| | BRANSON | SIGNAGE | 6/30/2006 | $ 1,621.00 | $ 27.02 | $ 1,593.98 | |
| | BRANSON | SIGNAGE | 8/1/2006 | $ 639.00 | | $ 639.00 | |
| | BRANSON | SIGNAGE | 5/25/2006 | $ (4,422.00) | $ (110.55) | $ (4,311.45) | |
| | BRANSON | SIGNAGE | 5/26/2006 | $ 2,000.00 | $ 50.01 | $ 1,949.99 | |
| | **BRANSON Total** | | | $ 33,111.16 | $ 770.15 | $ 32,341.01 | |
| | **Grand Total** | | | $ 734,261.08 | $ 93,820.83 | $ 640,440.25 | $ 640,440.25 |

2

# EXHIBIT 3

## (TO STATEMENT OF FINANCIAL AFFAIRS)

Question 3.b.

| Paid Date | Ref # | Paid Type | Amt | Vendor Name |
|---|---|---|---|---|
| 6/19/2006 | 5487 | Check | (119,256.00) | LEE JACKSON CONSTRUCTION, LLC |
| 6/20/2006 | 5698 | Check | 476.25 | ACTION PERFORMANCE CO. INC. |
| 6/20/2006 | 5698 | Check | (476.25) | ACTION PERFORMANCE CO. INC. |
| 6/20/2006 | 5699 | Check | 437.86 | ACTION PERFORMANCE CO. INC. |
| 6/20/2006 | 5700 | Check | 933.81 | ACTION SPORTS IMAGE LLC |
| 6/20/2006 | 5701 | Check | 39.00 | ADT SECURITY SERVICES INC |
| 6/20/2006 | 5702 | Check | 2,382.50 | AMC DISTRIBUTING INC |
| 6/20/2006 | 5703 | Check | 1,846.08 | AT&T TELECONFERENCE SERVICES |
| 6/20/2006 | 5703 | Check | (1,846.08) | AT&T TELECONFERENCE SERVICES |
| 6/20/2006 | 5704 | Check | 50.00 | JOHN BAINES |
| 6/20/2006 | 5705 | Check | 27.46 | BOYDS COLLECTION LTD |
| 6/20/2006 | 5706 | Check | 2,949.45 | KELLY A BUSCH |
| 6/20/2006 | 5707 | Check | 1,487.25 | CAPITAL OFFICE PRODUCTS |
| 6/20/2006 | 5708 | Check | 9,719.31 | COLLEGE CONCEPTS |
| 6/20/2006 | 5709 | Check | 167.61 | CENTURY TEL |
| 6/20/2006 | 5710 | Check | 141.40 | CHECKERED FLAG |
| 6/20/2006 | 5711 | Check | 508.16 | DREW PEARSON MARKETING |
| 6/20/2006 | 5712 | Check | 161.44 | DUNBAR ARMORED INC |
| 6/20/2006 | 5713 | Check | 1,339.80 | FLORIDA STATE DISTRIBUTORS INC |
| 6/20/2006 | 5714 | Check | 752.05 | HUNTER |
| 6/20/2006 | 5715 | Check | 945.00 | I LOVE ORLANDO |
| 6/20/2006 | 5716 | Check | 2,125.00 | KEY MAGAZINE |
| 6/20/2006 | 5717 | Check | 4,000.00 | LAS VEGAS MOTOR SPEED |
| 6/20/2006 | 5718 | Check | 158.00 | SERVICE ONE INC |
| 6/20/2006 | 5719 | Check | 473.50 | SIGNS NOW #150 |
| 6/20/2006 | 5720 | Check | 365.50 | SPORTCOINS, INC |
| 6/20/2006 | 5721 | Check | 415.65 | STYLEMARK INC (STYLE SCIENCE) |
| 6/20/2006 | 5722 | Check | 224.06 | UPS |
| 6/20/2006 | 5723 | Check | 715.72 | UPS |
| 6/20/2006 | 5724 | Check | 227.74 | VF IMAGEWEAR |
| 6/20/2006 | 5725 | Check | 2,382.60 | WINCRAFT RACING |
| 6/20/2006 | 5726 | Check | 2,380.00 | MORRIS VISITOR PUBLICATIONS |
| 6/20/2006 | 5727 | Check | 1,271.37 | APRIL WORPELL |
| 6/20/2006 | 5730 | Check | 99.00 | AMERICAN PAYMENT SUPPLIES |
| 6/20/2006 | 5731 | Check | 1,340.50 | KATTEN MUCHIN ROSENMAN LLP |
| 6/20/2006 | 5732 | Check | 7,236.00 | LAS VEGAS MAGAZINE + SHOWBIZ |
| 6/20/2006 | 5733 | Check | 19,556.30 | OPTO INTERNATIONAL INC |
| 6/20/2006 | 5734 | Check | 3,550.00 | VESTAL & WILER |
| 6/20/2006 | 5735 | Check | 257.31 | THE ENCORE GROUP (XPRESS CORP) |
| 6/20/2006 | 5737 | Check | 7.97 | AT&T/ SBC |
| 6/20/2006 | 5738 | Check | 1,838.11 | AT&T TELECONFERENCE SERVICES |
| 6/20/2006 | 05/16/06 | Wire Transfer | 119,256.00 | LEE JACKSON CONSTRUCTION, LLC |
| 6/21/2006 | 5697 | Check | (1,000.00) | KELLY A BUSCH |

| 6/21/2006 | 5726 | Check | (2,380.00) | MORRIS VISITOR PUBLICATIONS |
|---|---|---|---|---|
| 6/22/2006 | 5739 | Check | 3,567.63 | NEVADA DEPARTMENT OF TAXATION |
| 6/23/2006 | 5740 | Check | 1,962.50 | ADAM T MAGILL |
| 6/23/2006 | 5740 | Check | (1,962.50) | ADAM T MAGILL |
| 6/23/2006 | 5741 | Check | 1,962.50 | ADAM T MAGILL |
| 6/27/2006 | 5742 | Check | 445.51 | ACTION SPORTS IMAGE LLC |
| 6/27/2006 | 5743 | Check | 793.75 | ABEL ECHENIQUE |
| 6/27/2006 | 5744 | Check | 794.00 | AMC DISTRIBUTING INC |
| 6/27/2006 | 5745 | Check | 113.16 | BRYAN ETHERIDGE |
| 6/27/2006 | 5746 | Check | 31.33 | BERGAMOT INCORPORATED |
| 6/27/2006 | 5747 | Check | 1,791.20 | BILL WATTS COLLECTIBLES |
| 6/27/2006 | 5748 | Check | 108.02 | COLLEGE CONCEPTS |
| 6/27/2006 | 5749 | Check | 184.40 | CHECKERED FLAG |
| 6/27/2006 | 5750 | Check | 150.00 | DAYTEC SYSTEMS INC |
| 6/27/2006 | 5751 | Check | 84.85 | DIRECTV |
| 6/27/2006 | 5752 | Check | 615.76 | FDN COMMUNICATIONS |
| 6/27/2006 | 5753 | Check | 23.43 | FISH WINDOW CLEANING |
| 6/27/2006 | 5754 | Check | 2,110.30 | FITCH INC |
| 6/27/2006 | 5755 | Check | 539.40 | ROSS HOUSTON |
| 6/27/2006 | 5756 | Check | 610.00 | CIT GROUP (JH DESIGN) |
| 6/27/2006 | 5757 | Check | 4,460.00 | NASCAR Foundation |
| 6/27/2006 | 5758 | Check | 1,957.66 | OFFICE DEPOT CREDIT PLAN |
| 6/27/2006 | 5759 | Check | 2,581.97 | PACKAGING SUPPLIES INC |
| 6/27/2006 | 5760 | Check | 348.26 | PERFORMANCE PRESS |
| 6/27/2006 | 5761 | Check | 578.89 | PREMIER WASTE & RECYCLING |
| 6/27/2006 | 5762 | Check | 12,127.49 | SOUTHWEST AUDIO-VISUAL |
| 6/27/2006 | 5763 | Check | 635.40 | UPS |
| 6/27/2006 | 5764 | Check | 945.74 | UPS FREIGHT |
| 6/27/2006 | 5765 | Check | 820.09 | WINCRAFT RACING |
| 6/27/2006 | 5766 | Check | 1,184.40 | UMVD/VISUAL ENTERTAINMENT |
| 6/27/2006 | 5766 | Check | 283.22 | VF IMAGEWEAR |
| 6/27/2006 | 5766 | Check | (283.22) | VF IMAGEWEAR |
| 6/27/2006 | 5768 | Check | 283.22 | VF IMAGEWEAR |
| 6/28/2006 | 5749 | Check | (184.40) | CHECKERED FLAG |
| 6/28/2006 | 5769 | Check | 184.40 | THE CITI GROUP/CHECKERED FLAG |
| 6/30/2006 | 06/01/2006 | Wire Transfer | 2,510.82 | ST PAUL TRAVELERS |
| 7/3/2006 | 5770 | Check | 549.45 | CHRONICLE BOOKS |
| 7/3/2006 | 5771 | Check | 132.15 | PERFORMANCE PRESS |
| 7/3/2006 | 5772 | Check | 281.71 | PROGRESSIVE COMMUNICATIONS |
| 7/3/2006 | 5773 | Check | 515.72 | UPS |
| 7/3/2006 | 5774 | Check | 465.00 | UPS FREIGHT |
| 7/3/2006 | 5775 | Check | 308.08 | ACTION PERFORMANCE CO. INC. |
| 7/3/2006 | 5776 | Check | 132.59 | ACTION SPORTS IMAGE LLC |
| 7/3/2006 | 5777 | Check | 3,951.25 | VF IMAGEWEAR |
| 7/3/2006 | wt07/03/06 | Wire Transfer | 1,240.56 | ALLSTATE LEASING INC |
| 7/6/2006 | 5778 | Check | 300.00 | DENNISON JAGODINSKI |
| 7/6/2006 | 5779 | Check | 24.55 | NATIONAL GRAPHIC IMAGING |
| 7/6/2006 | 5780 | Check | 139.50 | MSP EMPLOYEE PARKING |
| 7/6/2006 | 5780 | Check | (139.50) | MSP EMPLOYEE PARKING |
| 7/6/2006 | 5781 | Check | 165.00 | MSP EMPLOYEE PARKING |

| Date | Check # | Type | Amount | Payee |
|---|---|---|---|---|
| 7/7/2006 | 5782 | Check | 13,136.89 | HCW PRIVATE DEVELOPMENT CO LLC |
| 7/7/2006 | 5783 | Check | 595.06 | SPRINT/EMBARGQ |
| 7/7/2006 | 5784 | Check | 2,500.00 | RW MORIN ASSOCIATES LLC |
| 7/11/2006 | 5785 | Check | 806.30 | HERFF JONES, INC. (AND JEWELY) |
| 7/11/2006 | 5786 | Check | 165.90 | ALLIED WASTE SERVICES #394 |
| 7/11/2006 | 5787 | Check | 27.06 | BERGAMOT INCORPORATED |
| 7/11/2006 | 5788 | Check | 249.75 | CHRONICLE BOOKS |
| 7/11/2006 | 5789 | Check | 542.32 | CAM COMMERCE SOLUTIONS |
| 7/11/2006 | 5790 | Check | 74.98 | DIRECTV |
| 7/11/2006 | 5791 | Check | 269.16 | EMPIRE DISTRIC ELECTRIC COMP |
| 7/11/2006 | 5792 | Check | 23.43 | FISH WINDOW CLEANING |
| 7/11/2006 | 5793 | Check | 1,024.02 | INTERNATIONAL RETAIL SVCS GRP |
| 7/11/2006 | 5794 | Check | 1,400.00 | J & S MULTIMEDIA INC |
| 7/11/2006 | 5795 | Check | 2,412.00 | LAS VEGAS MAGAZINE + SHOWBIZ |
| 7/11/2006 | 5796 | Check | 1,314.17 | CIT GROUP (PINE HOSIERY) |
| 7/11/2006 | 5797 | Check | 688.49 | UPS |
| 7/11/2006 | 5798 | Check | 76.00 | HERFF JONES, INC. (AND JEWELY) |
| 7/11/2006 | 5799 | Check | 11.72 | BOYDS COLLECTION LTD |
| 7/11/2006 | 5799 | Check | (11.72) | BOYDS COLLECTION LTD |
| 7/11/2006 | 5800 | Check | 2,485.00 | GAME TIME LLC |
| 7/11/2006 | 5800 | Check | (2,485.00) | GAME TIME LLC |
| 7/11/2006 | 5801 | Check | 2,500.00 | RW MORIN ASSOCIATES LLC |
| 7/11/2006 | 5801 | Check | (2,500.00) | RW MORIN ASSOCIATES LLC |
| 7/11/2006 | 5802 | Check | 317.81 | QWEST |
| 7/11/2006 | 5802 | Check | (317.81) | QWEST |
| 7/11/2006 | 5803 | Check | 11.72 | BOYDS COLLECTION LTD |
| 7/11/2006 | 5804 | Check | 2,485.00 | GAME TIME LLC |
| 7/11/2006 | 5805 | Check | 2,500.00 | RW MORIN ASSOCIATES LLC |
| 7/11/2006 | 5806 | Check | 317.81 | QWEST |
| 7/12/2006 | 5807 | Check | 207.69 | RUTH MAYNARD |
| 7/13/2006 | 5457 | Check | (21,898.89) | MARTIN HARRIS CONSTRUCTION |
| 7/18/2006 | 5808 | Check | 39.00 | ADT SECURITY SERVICES INC |
| 7/18/2006 | 5809 | Check | 180.00 | AIRPORT REVENUE NEWS |
| 7/18/2006 | 5810 | Check | 273.72 | AT&T/ SBC |
| 7/18/2006 | 5811 | Check | 31.70 | BOYDS COLLECTION LTD |
| 7/18/2006 | 5812 | Check | 897.80 | CAM COMMERCE SOLUTIONS |
| 7/18/2006 | 5813 | Check | 1,149.66 | CENTURY TEL |
| 7/18/2006 | 5814 | Check | 300.00 | CITY OF CHICAGO-DEP OF REVENUE |
| 7/18/2006 | 5815 | Check | 280.72 | COMED |
| 7/18/2006 | 5816 | Check | 322.87 | DUNBAR ARMORED INC |
| 7/18/2006 | 5817 | Check | 23.43 | FISH WINDOW CLEANING |
| 7/18/2006 | 5818 | Check | 507.24 | FITCH INC |
| 7/18/2006 | 5819 | Check | 5,031.58 | GREAT BIG PICTURES INC |
| 7/18/2006 | 5820 | Check | 8,996.18 | HCW PRIVATE DEVELOPMENT CO LLC |
| 7/18/2006 | 5821 | Check | 4,124.10 | INTERTECT DESIGN GROUP, INC |
| 7/18/2006 | 5822 | Check | 945.00 | I LOVE ORLANDO |
| 7/18/2006 | 5823 | Check | 2,412.00 | LAS VEGAS MAGAZINE + SHOWBIZ |
| 7/18/2006 | 5824 | Check | 1,062.50 | ADAM T MAGILL |
| 7/18/2006 | 5825 | Check | 285.71 | NEVADA DEPARTMENT OF TAXATION |
| 7/18/2006 | 5826 | Check | 443.39 | NEVADA POWER COMPANY |
| 7/18/2006 | 5827 | Check | 871.46 | PERFORMANCE PRESS |
| 7/18/2006 | 5828 | Check | 70,597.20 | PUSH |

3

| 7/18/2006 | 5829 | Check | 316.94 | QWEST |
|-----------|------|-------|--------|-------|
| 7/18/2006 | 5830 | Check | 307.61 | REGENCY LIGHTING |
| 7/18/2006 | 5831 | Check | 14.50 | SPORTCOINS, INC |
| 7/18/2006 | 5832 | Check | 37.61 | KEITH THOMPSON |
| 7/18/2006 | 5833 | Check | 172.87 | UPS |
| 7/18/2006 | 5834 | Check | 465.00 | UPS FREIGHT |
| 7/18/2006 | 5835 | Check | 921.71 | VF IMAGEWEAR |
| 7/18/2006 | 5836 | Check | 1,700.00 | VS PUBLISHING CO |
| 7/18/2006 | 5837 | Check | 1,158.24 | ACTION SPORTS IMAGE LLC |
| 7/25/2006 | 6156 | Check | 339.67 | AT&T TELECONFERENCE SERVICES |
| 7/25/2006 | 6157 | Check | 282.00 | CAPITAL OFFICE PRODUCTS |
| 7/25/2006 | 6158 | Check | 45.00 | ELECTRIC RED CORPORATION |
| 7/25/2006 | 6159 | Check | 23.43 | FISH WINDOW CLEANING |
| 7/25/2006 | 6160 | Check | 171.60 | FLORIDA STATE DISTRIBUTORS INC |
| 7/25/2006 | 6161 | Check | 2,412.00 | LAS VEGAS MAGAZINE + SHOWBIZ |
| 7/25/2006 | 6162 | Check | 17.50 | MIKE HILKER |
| 7/25/2006 | 6163 | Check | 3,035.67 | MISSOURI DEPARTMENT OF REVENUE |
| 7/25/2006 | 6164 | Check | 4,617.93 | NEVADA DEPARTMENT OF TAXATION |
| 7/25/2006 | 6165 | Check | 249.76 | MIKE PARRISH |
| 7/25/2006 | 6166 | Check | 385.17 | UPS |
| 7/25/2006 | 6167 | Check | 491.14 | VF IMAGEWEAR |
| 8/1/2006 | 5850 | Check | 119.86 | BRYAN ETHERIDGE |
| 8/1/2006 | 5851 | Check | 48.50 | BERGAMOT INCORPORATED |
| 8/1/2006 | 5852 | Check | 7.35 | CAPITAL OFFICE PRODUCTS |
| 8/1/2006 | 5853 | Check | 129.83 | DIRECTV |
| 8/1/2006 | 5854 | Check | 979.56 | EMPIRE DISTRIC ELECTRIC COMP |
| 8/1/2006 | 5855 | Check | 247.38 | FEDERAL EXPRESS |
| 8/1/2006 | 5856 | Check | 23.43 | FISH WINDOW CLEANING |
| 8/1/2006 | 5857 | Check | 4,317.40 | FLORIDA STATE DISTRIBUTORS INC |
| 8/1/2006 | 5858 | Check | 1,125.00 | ADAM T MAGILL |
| 8/1/2006 | 5859 | Check | 487.02 | OFFICE DEPOT CREDIT PLAN |
| 8/1/2006 | 5860 | Check | 2,325.99 | SCHREIBER MULLANEY CONST |
| 8/1/2006 | 5861 | Check | 188.00 | SERVICE ONE INC |
| 8/1/2006 | 5862 | Check | 468.76 | SPRINT/EMBARGQ |
| 8/1/2006 | 5863 | Check | 295.87 | SPRINT |
| 8/1/2006 | 5864 | Check | 1,774.80 | MOTORSPORTS INTERNATIONAL |
| 8/1/2006 | 5865 | Check | 457.68 | UPS |
| 8/1/2006 | 5866 | Check | 262.20 | VF IMAGEWEAR |
| 8/2/2006 | 5867 | Check | 1,120.00 | CIT GROUP (JH DESIGN) |
| 8/8/2006 | 5868 | Check | 32.01 | AT&T |
| 8/8/2006 | 5869 | Check | 98.14 | ALLIED WASTE SERVICES #394 |
| 8/8/2006 | 5870 | Check | 615.77 | FDN COMMUNICATIONS |
| 8/8/2006 | 5871 | Check | 23.43 | FISH WINDOW CLEANING |
| 8/8/2006 | 5872 | Check | 6,234.50 | KATTEN MUCHIN ROSENMAN LLP |
| 8/8/2006 | 5873 | Check | 2,412.00 | LAS VEGAS MAGAZINE + SHOWBIZ |
| 8/8/2006 | 5873 | Check | (2,412.00) | LAS VEGAS MAGAZINE + SHOWBIZ |
| 8/8/2006 | 5874 | Check | 381.00 | MSP EMPLOYEE PARKING |
| 8/8/2006 | 5875 | Check | 563.89 | PREMIER WASTE & RECYCLING |
| 8/8/2006 | 5876 | Check | 1,368.24 | PUSH |
| 8/8/2006 | 5877 | Check | 2,256.48 | MOTORSPORTS INTERNATIONAL |
| 8/8/2006 | 5878 | Check | 820.16 | UPS |
| 8/8/2006 | 6161 | Check | (2,412.00) | LAS VEGAS MAGAZINE + SHOWBIZ |

| | | | | |
|---|---|---|---|---|
| 8/15/2006 | 5879 | Check | 283.13 | AT&T TELECONFERENCE SERVICES |
| 8/15/2006 | 5880 | Check | 268.23 | AT&T |
| 8/15/2006 | 5881 | Check | 1,156.63 | CITY OF BRANSON-TT |
| 8/15/2006 | 5882 | Check | 406.82 | DUNBAR ARMORED INC |
| 8/15/2006 | 5883 | Check | 23.43 | FISH WINDOW CLEANING |
| 8/15/2006 | 5884 | Check | 589.60 | FLORIDA STATE DISTRIBUTORS INC |
| 8/15/2006 | 5885 | Check | 6,378.45 | MISSOURI DEPARTMENT OF REVENUE |
| 8/15/2006 | 5886 | Check | 499.75 | NEVADA POWER COMPANY |
| 8/15/2006 | 5887 | Check | 1,287.81 | UPS |
| 8/15/2006 | 5888 | Check | 229.00 | COMED |
| 8/15/2006 | 5889 | Check | 4,848.30 | FITCH INC |
| 8/15/2006 | 5890 | Check | 317.12 | QWEST |
| 8/22/2006 | 5891 | Check | 160.82 | ADT SECURITY SERVICES INC |
| 8/22/2006 | 5892 | Check | 37.80 | CAM COMMERCE SOLUTIONS |
| 8/22/2006 | 5893 | Check | 330.12 | CENTURY TEL |
| 8/22/2006 | 5894 | Check | 65.00 | ELECTRIC RED CORPORATION |
| 8/22/2006 | 5895 | Check | 23.43 | FISH WINDOW CLEANING |
| 8/22/2006 | 5896 | Check | 490.61 | FITCH INC |
| 8/22/2006 | 5897 | Check | 8,996.18 | HCW PRIVATE DEVELOPMENT CO LLC |
| 8/22/2006 | 5898 | Check | 1,800.00 | JESSICA TAMPAS PHOTOGRAPHY |
| 8/22/2006 | 5899 | Check | 209.75 | KELLY A MCDANIEL |
| 8/22/2006 | 5900 | Check | 39,000.00 | The MWM Corporation |
| 8/22/2006 | 5901 | Check | 800.73 | OFFICE DEPOT CREDIT PLAN |
| 8/22/2006 | 5902 | Check | 420.51 | SBC INTERNET SERVICES |
| 8/22/2006 | 5902 | Check | (420.51) | SBC INTERNET SERVICES |
| 8/22/2006 | 5903 | Check | 639.00 | SIGN PRODUCERS |
| 8/22/2006 | 5904 | Check | 909.14 | UPS |
| 8/22/2006 | 5905 | Check | 4,187.49 | NEVADA DEPARTMENT OF TAXATION |
| 8/23/2006 | 5892 | Check | (37.80) | CAM COMMERCE SOLUTIONS |
| 8/25/2006 | 5906 | Check | 11,370.00 | VESTAL & WILER |
| 8/29/2006 | 5907 | Check | 89.48 | ADT SECURITY SERVICES INC |
| 8/29/2006 | 5908 | Check | 23.43 | FISH WINDOW CLEANING |
| 8/29/2006 | 5909 | Check | 396.00 | FLORIDA STATE DISTRIBUTORS INC |
| 8/29/2006 | 5910 | Check | 39.41 | HOMETEAM PEST DEFENSE LLC |
| 8/29/2006 | 5911 | Check | 2,049.50 | KATTEN MUCHIN ROSENMAN LLP |
| 8/29/2006 | 5912 | Check | 128.00 | SERVICE ONE INC |
| 8/29/2006 | 5915 | Check | 9.87 | DIRECTV |
| 9/18/2006 | 5913 | Check | 23.07 | AT&T |
| 9/18/2006 | 5914 | Check | 272.51 | AT&T |
| 9/18/2006 | 5916 | Check | 98.14 | ALLIED WASTE SERVICES #394 |
| 9/18/2006 | 5917 | Check | 335.32 | CENTURY TEL |
| 9/18/2006 | 5918 | Check | 225.78 | COMED |
| 9/18/2006 | 5919 | Check | 79.99 | DIRECTV |
| 9/18/2006 | 5920 | Check | 322.87 | DUNBAR ARMORED INC |
| 9/18/2006 | 5921 | Check | 701.42 | EMPIRE DISTRIC ELECTRIC COMP |
| 9/18/2006 | 5922 | Check | 65.00 | ELECTRIC RED CORPORATION |
| 9/18/2006 | 5923 | Check | 615.39 | FDN COMMUNICATIONS |
| 9/18/2006 | 5924 | Check | 46.86 | FISH WINDOW CLEANING |
| 9/18/2006 | 5925 | Check | 462.60 | FLORIDA STATE DISTRIBUTORS INC |
| 9/18/2006 | 5926 | Check | 8,996.18 | HCW PRIVATE DEVELOPMENT CO LLC |
| 9/18/2006 | 5927 | Check | 1,400.00 | J & S MULTIMEDIA INC |
| 9/18/2006 | 5928 | Check | 217.00 | MSP EMPLOYEE PARKING |

In re American Road Retail LLC

| | | | | |
|---|---|---|---|---|
| 9/18/2006 | 5929 | Check | 436.45 | NEVADA POWER COMPANY |
| 9/18/2006 | 5930 | Check | 593.30 | PREMIER WASTE & RECYCLING |
| 9/18/2006 | 5931 | Check | 155.85 | REGENCY LIGHTING |
| 9/18/2006 | 5932 | Check | 420.51 | SBC INTERNET SERVICES |
| 9/18/2006 | 5933 | Check | 3,567.62 | AMERICROWN (ST. CLAIR APPAREL) |
| 9/18/2006 | 5934 | Check | 158.00 | SERVICE ONE INC |
| 9/18/2006 | 5935 | Check | 512.99 | SPRINT/EMBARQ |
| 9/18/2006 | 5936 | Check | 1,047.48 | UPS |
| 9/18/2006 | 5937 | Check | 3,400.00 | VS PUBLISHING CO |
| 9/18/2006 | 5938 | Check | 4,541.16 | SIGN PRODUCERS |
| 9/20/2006 | 5939 | Check | 435.76 | AT&T TELECONFERENCE SERVICES |
| 9/20/2006 | 5926 | Check | (8,996.18) | HCW PRIVATE DEVELOPMENT CO LLC |
| 9/18/2006 | W/T | Check | 25,000.00 | KATTEN MUCHIN ROSENMAN LLP |
| 9/18/2006 | W/T | Check | 12,908.03 | KATTEN MUCHIN ROSENMAN LLP |
| 9/21/2006 | 5940 | Check | 325.00 | ADVANTAGE SIGNS INC. |
| 9/21/2006 | 5941 | Check | 450.00 | ALPHA ELECTRICAL SIGNS, INC. |
| 9/21/2006 | 5942 | Check | 900.00 | LAWRENCE SIGNS |
| 9/22/2006 | ACH | Check | 879.59 | MINNESOTA DEPT OF REVENUE |
| 9/22/2006 | ACH | Check | 248.36 | MINNESOTA DEPT OF REVENUE |
| 9/22/2006 | ACH | Check | 4,841.85 | FLORIDA DEPT OF REVENUE |
| 9/22/2006 | ACH | Check | 2,136.71 | ILLINOIS DEPT OF REVENUE |
| 9/22/2006 | ACH | Check | 306.25 | ILLINOIS DEPT OF REVENUE |
| 9/22/2006 | 5944 | Check | 4,217.41 | NEVADA DEPT OF TAXATION |
| 9/22/2006 | 5946 | Check | 351.18 | NEVADA DEPT OF TAXATION |
| 9/22/2006 | 5945 | Check | 1,666.76 | MISSOURI DEPT OF REVENUE |
| 9/22/2006 | 5944 | Check | 4,626.92 | MISSOURI DEPT OF REVENUE |

# EXHIBIT 4

## (TO STATEMENT OF FINANCIAL AFFAIRS)

Question 3.c.

**Salaries**

| Period Ended | Steve Deli<br>Admin<br>ARR<br>00306B | Anne Deli<br>Admin<br>ARR<br>00306B | Mike Bozic<br>Admin<br>ARR<br>00306B |
|---|---|---|---|
| 7/9/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 7/23/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 8/6/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 8/20/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 9/3/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 9/17/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 10/1/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 10/15/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 10/29/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 11/12/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 11/26/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 12/10/05 | 3,846.15 | 3,846.15 | 2,923.08 |
| 12/24/05 | 3,846.15 | 3,846.15 | 1,923.08 |
| 1/7/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 1/21/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 2/4/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 2/18/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 3/4/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 3/18/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 4/1/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 4/15/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 4/29/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 5/13/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 5/27/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 6/10/06 | 0.00 | 0.00 | 2,923.08 |
| 6/24/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 7/8/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 7/22/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 8/5/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| 8/19/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 9/2/06 | 3,846.15 | 3,846.15 | 1,923.08 |
| 9/16/06 | 3,846.15 | 3,846.15 | 2,923.08 |
| | **119,230.65** | **119,230.65** | **76,538.56** |

In re American Road Retail LLC

# EXHIBIT 5

## (TO STATEMENT OF FINANCIAL AFFAIRS)

Question 21.b.

| Name of Member | Preferred Units | Common Units | Total Common and Preferred Units | Ownership Percentage | Total Contribution |
|---|---|---|---|---|---|
| Steven F. Deli 1998 Trust | 40,000 | 550,000 | 590,000 | 58.65% | $ 750,000 |
| Michael Bozic and Stephanie Bozic | 40,000 | 100,000 | 140,000 | 13.92% | $ 750,000 |
| All Others[1] | 276,000 | - | 276,000 | 27.43% | $ 5,125,000 |
| Total | 356,000 | 650,000 | 1,006,000 | 100.00% | $ 6,625,000 |

[1] All of the investors summarized in "All Others" line own less than 5% of the units and contributed less than 5% of the investment dollars