**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re:                          §     Case  No. 06-12006
                                §
AMERICAN ROAD RETAIL LLC        §
                                §
                                §
                                §
            Debtor              §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/22/2006.  The undersigned trustee was appointed on 09/22/2006.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $110,192.75

        Funds were disbursed in the following amounts:

        Payments made under an interim distribution          $0.00
        Administrative expenses                          $6,962.15
        Bank service fees                                $2,495.78
        Other Payments to creditors                      $5,000.00
        Non-estate funds paid to 3rd Parties                 $0.00
        Exemptions paid to the debtor                        $0.00
        Other payments to the debtor                         $0.00

        Leaving a balance on hand of[1]                 $95,734.82

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>04/12/2007</u> and the deadline for filing government claims was <u>04/12/2007</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$8,759.64</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$5,908.36</u>, for a total compensation of <u>$5,908.36</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>10/15/2012</u>          By:   <u>/s/ Horace Fox, Jr.</u>
                                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| Case No.: | 06-12006 |
| Case Name: | AMERICAN ROAD RETAIL LLC |
| For the Period Ending: | 10/15/2012 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 09/22/2006 (f) |
| §341(a) Meeting Date: | 10/19/2006 |
| Claims Bar Date: | 04/12/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Suntrust Operating Account | $8,803.96 | $8,803.96 | | $7,277.94 | FA |
| 2 | Bank of America MN | $410.56 | $410.56 | | $0.00 | FA |
| 3 | Bank of America Branson MO | $500.00 | $500.00 | | $0.00 | FA |
| 4 | 1/11/06 Allstate lease sec dep | $3,003.35 | $3,003.35 | | $0.00 | FA |
| Asset Notes: | credited against default | | | | | |
| 5 | 3.20.06 Allstate leasing sec dep | $2,253.19 | $2,253.19 | | $0.00 | FA |
| Asset Notes: | credited against lease payment debt | | | | | |
| 6 | 4.10.06 Empire Elec. sec deposit | $1,000.00 | $484.87 | | $484.87 | FA |
| Asset Notes: | check cfo, listed as 1000.00/rec'd 484.87. | | | | | |
| 7 | 5.31.06 Qwest sec dep | $350.00 | $350.00 | | $23.74 | FA |
| 8 | 5.23.06 Allstate Leasing sec. dep | $2,963.04 | $2,963.04 | | $0.00 | FA |
| Asset Notes: | credited against lease default | | | | | |
| 9 | Household Goods/there are no household goods are accounted for under assets 11 and 12, office equipment, furniture and supplies and machinery fixtures and equipment | $132,220.81 | $132,220.81 | | $0.00 | FA |
| Asset Notes: | used, custom furniture fixtures and equipment attempt to sell before landlords file motions to abandon | | | | | |
| 10 | receivable from Gordon Bros./liquidator | $23,131.05 | $23,131.05 | | $0.00 | FA |
| Asset Notes: | These funds are said to have been deposited in Suntrust after coming in post petition.  I collected , in addition to the disclosed Suntrust account (asset 1) 33,000 plus from and undisclosed Suntrust account | | | | | |
| 11 | office equip, furniture supplies | $329,298.21 | $321,298.21 | | $24,650.00 | FA |
| 12 | machinery fixtures equipment used in business | $178,921.23 | $178,921.23 | | $12,500.00 | FA |
| 13 | possible disgorgment of attornye's fee **(u)** | $0.00 | $20,000.00 | | $10,000.00 | FA |
| Asset Notes: | very large fee for debtor's attorney. Ask filing of fee petition. | | | | | |
| 14 | VOID | $0.00 | $0.00 | | | $0.00 |
| 15 | Bank account balance Private Bank/ Chgo **(u)** | $0.00 | $3.18 | | $3.18 | FA |
| 16 | undisclosed bk acctSuntrust # 3230209944 **(u)** | $0.00 | $33,879.60 | | $33,879.60 | FA |
| Asset Notes: | This sum and 7277.94 represent the balance of all accounts at Suntrust. | | | | | |
| 17 | preference actions **(u)** | $0.00 | $24,000.00 | | $24,000.00 | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| Case No.: | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Date Filed (f) or Converted (c): | 09/22/2006 (f) |
| For the Period Ending: | 10/15/2012 | | §341(a) Meeting Date: | 10/19/2006 |
| | | | Claims Bar Date: | 04/12/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | 8.30.07, Push Inc., settlement, 10,000.00 | | | | | |
| | 12.10.08 MWM  adv. 08-322, $14,000.00 settlement | | | | | |
| **Ref. #** | | | | | | |
| 18 | At&t Refund **(u)** | $0.00 | $420.51 | | $420.51 | FA |
| 19 | Bank of America bk acct 0055625769096 $56.74 **(u)** | $0.00 | $56.74 | | $56.74 | FA |
| **Asset Notes:** | internal bank trans to trustee acct, from an unscheduled Florida Bank of America account. | | | | | |
| 20 | Fl. Am Rd Retail Bank of America acct **(u)** 005556384933  $175.96 | $0.00 | $175.96 | | $175.96 | FA |
| **Asset Notes:** | internal BOA transfer to trustee acct | | | | | |
| 21 | Bank of America Las Vegas | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Zero balance scheduled. | | | | | |
| 22 | Sign Producers Inc. **(u)** | $0.00 | $2,590.08 | | $2,590.08 | FA |
| 23 | Zenith Insurance Co. **(u)** | $0.00 | $242.00 | | $242.00 | FA |
| 24 | UPS **(u)** | $0.00 | $465.00 | | $465.00 | FA |
| 25 | Commonwealth Edison **(u)** | $0.00 | $1,124.31 | | $1,124.31 | FA |
| INT | Interest Asset **(u)** | Unknown | Unknown | | $1,278.82 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$682,855.40** | **$757,297.65** | | **$119,172.75** | **$0.00** |

**Major Activities affecting case closing:**

This corporation sold NASCAR paraphenalia though multiple outlets.  It sold its inventory prior to filing and settled with NASCAR re its exlusive license to market their material.  The several locations now contain furniture fixtures and equipment that I am selling through an auctioneer, Joel Langer.  There is no secured creditor.  Have hired Eugene Crane and filed a motion to reject leases at all the locations.  FIle motion to appoint auctioneer, retroactive. Filed motion for accounting of attorney fees (debtor).

| 04/23/2008 | Filed k-1s and tax return. Wrote letter to Deli to justify that money taken out of llc was salary. |
| 09/07/2008 | Builder of Branson MO facility said there may be a hold back at the debtor bank required by Missouri law.  Asked builder to provide detail. |
| 09/07/2008 | FIled adversary v. MWM. May 2008. |
| 09/07/2008 | Feb. 2007 deposits equalling 232.70 were funds found in Florida bank in debtor's name |
| 09/07/2008 | Claim #15 allowed as late claim only (Fla) |
| 09/07/2008 | Two initial notices of assets sent out same day one says claims bar date is 4.12.07, the other says 4.13.07. |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    3          Exhibit A

| Case No.: | 06-12006 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | | Date Filed (f) or Converted (c): | 09/22/2006 (f) |
| For the Period Ending: | 10/15/2012 | | | §341(a) Meeting Date: | 10/19/2006 |
| | | | | Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/23/2009    Inquire into large debtor attorney fee, office equipment, furniture and supplies. machinery, fixtures and equipment and large household goods asset listed in this corporate case and
Allstate lease security deposits (likely used for payments)  when installments stopped, and hsehold goods number.
5.7.10
Motion to disgorge in court 5.7.10.  Katten filed objection to motion on 5.27.10 and wants discovery.  Motion and settlement discussions continued to 8.26.10, 10.5.10 and 12.16.10.

Katten Muchin will disgorge 10k in fees.  10.04.10
Agree on figure to compensate Allstate's leased for 2 pos devices you sold, get court order.

Get copy of Gordon Bros., auction report, furn fixtures and household goods likely sold pre petition.1.28.11

Status 3.31.11 10,000.00 funds not yet received.  I may owe Katten Muchin a 1099.  03.31.11

I sold some computerized point of sale computers that belonged to Allstate Leasing.  Ed Puls is the attorney 410-363-2415.  He wants 10k for them.  Items were sold en bulk.  Call him.
Examine claims, file taxes, file final report. 12.23.11

Reported sale of leased electronic cash registers Judge at 2.23.12 status.  Try to settle for 5000.00.  Creditor Allstate failed to file a claim. Next status 4.19.12 3.11.12

Responded to e-mail of principal of debtor,  Steve Deli  re disposition of large amount of household goods, who said they were the furniture fixtures and equipment we sold. 4.2.12
Must settle sale of leased Allstate items. 4.12.12

Got an offer to settle my sale of leased point of sale units today for $5,000, which I forwarded to Mr. Crane for motion to approve.  We also need retroactive motion to approve the sale
of the furniture fixtures and equipment. 5.17.12

This case is administratively insolvent with the rent claims to be paid on the same level as the administrative claims, pro rata .6.01.12

The retroactive motion to approve previous sale of furniture and fixtures and motion to approve settlement of the erroneous sale of 3 leased electronic cash registers were granted 7.19.12

Send forms 1 and 2 to accountant. 7.19.12

Status 10.18.12 at 10:30 am
12/23/2009    Do auctioneer report.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4          Exhibit A

| | | |
|---|---|---|
| Case No.: | 06-12006 | |
| Case Name: | AMERICAN ROAD RETAIL LLC | |
| For the Period Ending: | 10/15/2012 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 09/22/2006 (f) |
| §341(a) Meeting Date: | 10/19/2006 |
| Claims Bar Date: | 04/12/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/01/2020 | **Current Projected Date Of Final Report (TFR):** 10/30/2012 | /s/ HORACE FOX, JR. |
| | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | AMERICAN ROAD RETAIL LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3056 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/22/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $112,318.00 | | $112,318.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $40.92 | $112,277.08 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $181.18 | $112,095.90 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $186.72 | $111,909.18 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $168.93 | $111,740.25 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $174.49 | $111,565.76 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $180.03 | $111,385.73 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $179.74 | $111,205.99 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $107.40 | $111,098.59 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $167.79 | $110,930.80 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $184.78 | $110,746.02 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $167.18 | $110,578.84 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $178.44 | $110,400.40 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $178.15 | $110,222.25 |
| 07/24/2012 | 5002 | HRAL, LLC. | Order approving sale and authorizing payment to secured claim in the amount of 5k to Allstate Leasing now called HRAL, LLC. Order dated 7/19/2012. | 4220-000 | | $5,000.00 | $105,222.25 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $172.12 | $105,050.13 |
| 08/28/2012 | | American Road Operations LLC. | American Road Operations was mailed a check from The CIT Group for 11020.00. This check was incorrectly deposited into the American Road Operations account, later realized that it should have been issued to American Road retail. | 1229-000 | $1,020.00 | | $106,070.13 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $186.50 | $105,883.63 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $148.81 | $105,734.82 |
| | | | **SUBTOTALS** | | $113,338.00 | $7,603.18 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3056 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/22/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $113,338.00 | $7,603.18 | $105,734.82 |
| | | | **Less: Bank transfers/CDs** | | $112,318.00 | $0.00 | |
| | | | **Subtotal** | | $1,020.00 | $7,603.18 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,020.00 | $7,603.18 | |

| For the period of 9/22/2006 to 10/15/2012 | | For the entire history of the account between 07/25/2011 to 10/15/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,020.00 | Total Compensable Receipts: | $1,020.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,020.00 | Total Comp/Non Comp Receipts: | $1,020.00 |
| Total Internal/Transfer Receipts: | $112,318.00 | Total Internal/Transfer Receipts: | $112,318.00 |
| | | | |
| Total Compensable Disbursements: | $7,603.18 | Total Compensable Disbursements: | $7,603.18 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,603.18 | Total Comp/Non Comp Disbursements: | $7,603.18 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12006 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3056 | | | | Money Market Acct #: | ******8327 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/22/2006 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/07/2006 | | EMPIRE DISTRICT | refund/utility | 1129-000 | $495.90 | | $495.90 |
| 11/07/2006 | (22) | SIGN PRODUCERS, INC | refund inv 06-6419 overpayment | 1229-000 | $2,590.08 | | $3,085.98 |
| 11/07/2006 | (23) | THE ZENETH INSURANCE CO. | workers comp ins refund | 1229-000 | $242.00 | | $3,327.98 |
| 11/08/2006 | | Reverses Deposit # 3 | refund/utility | 1129-000 | ($495.90) | | $2,832.08 |
| 11/08/2006 | (6) | EMPIRE DISTRICT | Credit Refund | 1129-000 | $484.87 | | $3,316.95 |
| 11/30/2006 | (7) | QWEST CORPORATION | Refund unpaid sales Tax | 1224-000 | $23.74 | | $3,340.69 |
| 11/30/2006 | (24) | UPS | Refund Credit Duplicate | 1229-000 | $465.00 | | $3,805.69 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $1.62 | | $3,807.31 |
| 12/15/2006 | (12) | Reverses Deposit # 7 | furnitue fixtures & equip  Las Vega | 1129-000 | ($10,000.00) | | ($6,192.69) |
| 12/15/2006 | (1) | SUNTRUST BANK | bank accounn # 3230209935 | 1129-000 | $7,277.94 | | $1,085.25 |
| 12/15/2006 | (11) | JULLIAN MCCLAIN | furn fixtures & equip Las Vegas | 1129-000 | $11,000.00 | | $12,085.25 |
| 12/15/2006 | (11) | CAR BOUTIQUE | 8 displays, 8 tables | 1129-000 | $1,200.00 | | $13,285.25 |
| 12/15/2006 | (11) | ANEMER ALIA | trk lights, posters, signs mon. Chg | 1129-000 | $2,500.00 | | $15,785.25 |
| 12/15/2006 | (11) | REID VLALTER | 2 monitors, shelving chgo | 1129-000 | $950.00 | | $16,735.25 |
| 12/15/2006 | (12) | JULIAN MCCLAIN | furnitue fixtures & equip  Las Vega | 1129-000 | $10,000.00 | | $26,735.25 |
| 12/15/2006 | (12) | ORLANDO HARLEY DAVIDSON | furn fix $ equip Orland FL | 1129-000 | $10,000.00 | | $36,735.25 |
| 12/15/2006 | (12) | HARLEY DAVIDSON | camera pos Chicago | 1129-000 | $2,500.00 | | $39,235.25 |
| 12/15/2006 | (15) | THE PRIVATE BANK | Bank balance | 1229-000 | $3.18 | | $39,238.43 |
| 12/15/2006 | (16) | SUNTRUST BANK | undisclosed #3230209944 | 1229-000 | $33,879.60 | | $73,118.03 |
| 12/19/2006 | (11) | LARRY HUGHES | funiture fixtures equip/nopos/brans | 1129-000 | $9,000.00 | | $82,118.03 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $27.39 | | $82,145.42 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $69.78 | | $82,215.20 |
| 02/02/2007 | (19) | Am Road Retail | unscueduled Am RD Retail BOA account.  Internal transfer to trustee account | 1229-000 | $56.74 | | $82,271.94 |
| 02/02/2007 | (20) | American Road Retail LLC | Unscueduled Am Rd Retail BOA account.  Internal bank transfer to trustee account | 1229-000 | $175.96 | | $82,447.90 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $63.24 | | $82,511.14 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $70.08 | | $82,581.22 |

| | | | **SUBTOTALS** | | $82,581.22 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-12006 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | AMERICAN ROAD RETAIL LLC | | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******3056 | | | | Money Market Acct #: | ******8327 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/22/2006 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $65.34 | $82,515.88 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $67.84 | | $82,583.72 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $70.14 | | $82,653.86 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $67.93 | | $82,721.79 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $70.26 | | $82,792.05 |
| 08/16/2007 | (18) | AT&T | Refund | 1221-000 | $420.51 | | $83,212.56 |
| 08/30/2007 | (17) | PUSH | Settlement, Push preference | 1229-000 | $10,000.00 | | $93,212.56 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | $70.45 | | $93,283.01 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | $58.58 | | $93,341.59 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $59.46 | | $93,401.05 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $11.64 | | $93,412.69 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $93,412.69 | $0.00 |

|  |  | TOTALS: | $93,478.03 | $93,478.03 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | $0.00 | $93,412.69 | |
| | | Subtotal | $93,478.03 | $65.34 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $93,478.03 | $65.34 | |

| For the period of  9/22/2006 to 10/15/2012 | | For the entire history of the account between 11/07/2006 to 10/15/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $93,478.03 | Total Compensable Receipts: | $93,478.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $93,478.03 | Total Comp/Non Comp Receipts: | $93,478.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65.34 | Total Compensable Disbursements: | $65.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65.34 | Total Comp/Non Comp  Disbursements: | $65.34 |
| Total Internal/Transfer  Disbursements: | $93,412.69 | Total Internal/Transfer  Disbursements: | $93,412.69 |

Case 06-12006    Doc 109    Filed 10/25/12    Entered 10/25/12 15:24:40    Desc Main

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5                    Exhibit B

| Case No. | 06-12006 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AMERICAN ROAD RETAIL LLC | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3056 | Checking Acct #: | ******2006 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/02/2008 | | Transfer From Acct#******2006 | transfer from checking to money market to pay fees to Mr. Langer. | 9999-000 | $6,200.00 | | $6,200.00 |
| 01/02/2008 | 1 | Joel Langer, Auctioneer | Court Order Entered 12/27/07 to pay Joel Langer, auctioneer. | 3610-000 | | $6,200.00 | $0.00 |
| 04/02/2008 | | Transfer From MMA # ******2006 | Transfer For Bond Payment | 9999-000 | $85.55 | | $85.55 |
| 04/02/2008 | 2 | International Sureties, LTD. | Bond Payment | 2300-000 | | $85.55 | $0.00 |
| 05/07/2008 | | Transfer From Acct#******2006 | transfer from money market to checking to pay adversary filing fee. | 9999-000 | $250.00 | | $250.00 |
| 05/07/2008 | 3 | Crane Heyman | For Filing Preference Adversary | 2700-000 | | $250.00 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******2006 | Transfer For Bond Payment | 9999-000 | $74.34 | | $74.34 |
| 04/02/2009 | | Transfer From MMA # ******2006 | Transfer For Bond Payment | 9999-000 | $74.34 | | $148.68 |
| 04/02/2009 | | Transfer To Acct#******2006 | transfer from checking account to money market for bond payment. | 9999-000 | | $74.34 | $74.34 |
| 04/02/2009 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $74.34 | $0.00 |
| 04/02/2009 | 4 | VOID: International Sureties, LTD. | voided check to bond carrier. | 2300-003 | | ($74.34) | $74.34 |
| 04/02/2009 | 5 | International Sureties, LTD. | Bond Payment | 2300-000 | | $74.34 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******2006 | Transfer For Bond Payment | 9999-000 | $87.85 | | $87.85 |
| 04/28/2010 | 6 | International Sureties, LTD. | Bond Payment | 2300-000 | | $87.85 | $0.00 |
| 03/02/2011 | | Transfer From MMA # ******2006 | Transfer For Bond Payment | 9999-000 | $91.67 | | $91.67 |
| 03/02/2011 | 7 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $91.67 | $0.00 |

|  |  |  |  | **SUBTOTALS** | $6,863.75 | $6,863.75 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6                    Exhibit B

| Case No. | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3056 | | Checking Acct #: | ******2006 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/22/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $6,863.75 | $6,863.75 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6,863.75 | $74.34 | |
| | | | Subtotal | | $0.00 | $6,789.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,789.41 | |

| For the period of  9/22/2006 to 10/15/2012 | | For the entire history of the account between 01/02/2008 to 10/15/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,863.75 | Total Internal/Transfer Receipts: | $6,863.75 |
| | | | |
| Total Compensable Disbursements: | $6,789.41 | Total Compensable Disbursements: | $6,789.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,789.41 | Total Comp/Non Comp  Disbursements: | $6,789.41 |
| Total Internal/Transfer  Disbursements: | $74.34 | Total Internal/Transfer  Disbursements: | $74.34 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7      Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 06-12006 | | Trustee Name: | Horace Fox, Jr. | |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Bank Name: | STERLING BANK | |
| Primary Taxpayer ID #: | ******3056 | | Money Market Acct #: | ******2006 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA | |
| For Period Beginning: | 9/22/2006 | | Blanket bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $93,412.69 | | $93,412.69 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $35.32 | | $93,448.01 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $47.62 | | $93,495.63 |
| 01/02/2008 | | Transfer To Acct#******2006 | transfer from money market to checking for fees to Mr. Langer. | 9999-000 | | $6,200.00 | $87,295.63 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $42.32 | | $87,337.95 |
| 02/26/2008 | (25) | Commonwealth Edison | Refund Check | 1229-000 | $1,124.31 | | $88,462.26 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $34.62 | | $88,496.88 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $34.33 | | $88,531.21 |
| 04/02/2008 | | Transfer To # ******2006 | Transfer For Bond Payment | 9999-000 | | $85.55 | $88,445.66 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $29.01 | | $88,474.67 |
| 05/07/2008 | | Transfer To Acct#******2006 | transfer to checking account to file adversary. | 9999-000 | | $250.00 | $88,224.67 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $29.91 | | $88,254.58 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $28.94 | | $88,283.52 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $27.74 | | $88,311.26 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $22.44 | | $88,333.70 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $21.72 | | $88,355.42 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $17.14 | | $88,372.56 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $11.35 | | $88,383.91 |
| 12/10/2008 | (17) | The MWM Corporation | Adversary settlement # 08-332, the MWM Corportion. | 1241-000 | $14,000.00 | | $102,383.91 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $13.07 | | $102,396.98 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $12.48 | | $102,409.46 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $7.86 | | $102,417.32 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $8.70 | | $102,426.02 |
| 04/02/2009 | | Transfer From Acct#******2006 | from checking to money market | 9999-000 | $74.34 | | $102,500.36 |
| 04/02/2009 | | Transfer To # ******2006 | Transfer For Bond Payment | 9999-000 | | $74.34 | $102,426.02 |
| 04/02/2009 | | Transfer To # ******2006 | Transfer For Bond Payment | 9999-000 | | $74.34 | $102,351.68 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $8.41 | | $102,360.09 |

**SUBTOTALS**    $109,044.32    $6,684.23

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 06-12006 | |
| Case Name: | AMERICAN ROAD RETAIL LLC | |
| Primary Taxpayer ID #: | ******3056 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 9/22/2006 | |
| For Period Ending: | 10/15/2012 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******2006 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $8.69 | | $102,368.78 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $8.41 | | $102,377.19 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $8.70 | | $102,385.89 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $8.70 | | $102,394.59 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $8.42 | | $102,403.01 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $5.19 | | $102,408.20 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.21 | | $102,412.41 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.35 | | $102,416.76 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.35 | | $102,421.11 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.93 | | $102,425.04 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.35 | | $102,429.39 |
| 04/28/2010 | | Transfer To # ******2006 | Transfer For Bond Payment | 9999-000 | | $87.85 | $102,341.54 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $4.21 | | $102,345.75 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.35 | | $102,350.10 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.21 | | $102,354.31 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $4.35 | | $102,358.66 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.35 | | $102,363.01 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.21 | | $102,367.22 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $4.35 | | $102,371.57 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.21 | | $102,375.78 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.35 | | $102,380.13 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.35 | | $102,384.48 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.93 | | $102,388.41 |
| 03/02/2011 | | Transfer To # ******2006 | Transfer For Bond Payment | 9999-000 | | $91.67 | $102,296.74 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $4.34 | | $102,301.08 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $4.20 | | $102,305.28 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $4.41 | | $102,309.69 |
| 06/10/2011 | (13) | Katten Muchin Roseman LLP | attorney fee dispute settlement / | 3701-000 | $10,000.00 | | $112,309.69 |

| | | | | SUBTOTALS | $10,129.12 | $179.52 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 06-12006 |
| **Case Name:** | AMERICAN ROAD RETAIL LLC |
| **Primary Taxpayer ID #:** | ******3056 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 9/22/2006 |
| **For Period Ending:** | 10/15/2012 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******2006 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $4.62 | | $112,314.31 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $3.69 | | $112,318.00 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $112,318.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $119,181.75 | $119,181.75 | $0.00 |
| **Less: Bank transfers/CDs** | $93,487.03 | $119,181.75 | |
| **Subtotal** | $25,694.72 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $25,694.72 | $0.00 | |

| For the period of 9/22/2006 to 10/15/2012 | | For the entire history of the account between 11/08/2007 to 10/15/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,694.72 | Total Compensable Receipts: | $25,694.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,694.72 | Total Comp/Non Comp Receipts: | $25,694.72 |
| Total Internal/Transfer Receipts: | $93,487.03 | Total Internal/Transfer Receipts: | $93,487.03 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $119,181.75 | Total Internal/Transfer Disbursements: | $119,181.75 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******3056 | | Money Market Acct #: | ******2006 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/22/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $120,192.75 | $14,457.93 | $105,734.82 |

**For the period of 9/22/2006 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $120,192.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,192.75 |
| Total Internal/Transfer Receipts: | $212,668.78 |
| | |
| Total Compensable Disbursements: | $14,457.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,457.93 |
| Total Internal/Transfer Disbursements: | $212,668.78 |

**For the entire history of the case between 09/22/2006 to 10/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $120,192.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $120,192.75 |
| Total Internal/Transfer Receipts: | $212,668.78 |
| | |
| Total Compensable Disbursements: | $14,457.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,457.93 |
| Total Internal/Transfer Disbursements: | $212,668.78 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1        Exhibit C

| Case No. | 06-12006 | | | | | | | | Trustee Name: | Horace Fox, Jr. | |
| Case Name: | AMERICAN ROAD RETAIL LLC | | | | | | | | Date: | 10/15/2012 | |
| Claims Bar Date: | 04/12/2007 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX  6 East Monroe #1004  Chicago IL 60603 | 09/07/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $8,759.64 | $8,759.64 | $0.00 | $0.00 | $0.00 | $8,759.64 |
| 6 | ORANGE COUNTY TAX COLLECTOR  200 South Orange Avenue  Po Box 2551  Orlando FL 32802 | 02/26/2007 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $1,706.78 | $1,706.78 | $0.00 | $0.00 | $0.00 | $1,706.78 |
| | POPOWCER KATTEN LTD  35 E. Wacker E. Dr  1550  Chicago IL 60601 | 10/08/2012 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $11.62 | $11.62 | $0.00 | $0.00 | $0.00 | $11.62 |
| | POPOWCER KATTEN, LTD.  35 E. Wacker, #1550  Chicago IL 60601-2207 | 09/07/2008 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $9,315.00 | $9,315.00 | $0.00 | $0.00 | $0.00 | $9,315.00 |
| 1B | BRANSON LANDING/HCW, INC  3027 W HIGHWAY 76  BRANSON MO 65616 | 12/21/2006 | Administrative Rent (post-petition) | Allowed | 2410-000 | $0.00 | $26,988.54 | $26,988.54 | $0.00 | $0.00 | $0.00 | $26,988.54 |
| 8B | BOULEVARD INVEST LLC  c/o David J. Fischer  Jeffrey L Gansberg  225 W Wacker Dr  Chicago IL 60606 | 04/04/2007 | Administrative Rent (post-petition) | Allowed | 2410-000 | $0.00 | $69,885.51 | $69,885.51 | $0.00 | $0.00 | $0.00 | $69,885.51 |
| | CRANE HEYMAN, SIMON, WELCH & CLAR  135 S. LaSalle #3705  Chicago IL 60603 | 10/11/2012 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $1,997.25 | $1,997.25 | $0.00 | $0.00 | $0.00 | $1,997.25 |
| | CRANE HEYMAN SIMON WELCH & CLAR  135 S LASALLE STE 3705  CHICAGO IL 60603 | 09/07/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $37,272.50 | $37,272.50 | $0.00 | $0.00 | $0.00 | $37,272.50 |

**Claim Notes:**    attorney fee reduced to 37272.50 10.12.12

Case 06-12006   Doc 109   Filed 10/25/12   Entered 10/25/12 15:24:40   Desc Main   Page No: 2   Exhibit C

CLAIM ANALYSIS REPORT

| Case No. | 06-12006 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | AMERICAN ROAD RETAIL LLC | Date: | 10/15/2012 |
| Claims Bar Date: | 04/12/2007 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | HRAL, LLC.<br><br>1 Olympic Place Suite 1221<br>Townson MD 21204 | 07/24/2012 | Personal Prop & Intang - Non Consen | Allowed | 4220-000 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Pursuant to Order dated 7/19/12 Order approving sale and authorizing payment of secured claim. 5K  I sold leased, Allstate Leasing furniture fixtures and equipment without authority.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BRANSON LANDING/HCW, INC<br>3027 W HIGHWAY 76<br>BRANSON MO 65616 | 12/21/2006 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1A | BRANSON LANDING/HCW, INC<br>3027 W HIGHWAY 76<br>BRANSON MO 65616 | 12/21/2006 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MISSOURI DEPARTMENT OF REVENUE<br>GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY MO 651050475 | 01/17/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $205.10 | $205.10 | $0.00 | $0.00 | $0.00 | $205.10 |

**Claim Notes:**    (2-1) This claim is filed on the outstanding 8/06 Sales delinquency.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | FASHION SHOW MALL, LLC<br>C/O General Growth Properties, Inc<br>Sam Garber, Esq<br>110 N. Wacker Drive<br>Chicago IL 60606 | 01/17/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $515,322.60 | $515,322.60 | $0.00 | $0.00 | $0.00 | $515,322.60 |
| 4 | RUSCO FIXTURE CO INC<br>P.O. BOX 598<br>OAKBORO NC 28129 | 01/22/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,067.00 | $7,067.00 | $0.00 | $0.00 | $0.00 | $7,067.00 |
| 5 | CENTRAL TELEPHONE COMPANY<br>D/B/A Embarq-Nevada<br>PO Box 7971<br>Shawnee Mission KS 66207 | 02/12/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,173.12 | $6,173.12 | $0.00 | $0.00 | $0.00 | $6,173.12 |
| 7 | NEVADA POWER COMPANY<br>PO BOX 30086<br>RENO NV 895203086 | 03/22/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $350.93 | $350.93 | $0.00 | $0.00 | $0.00 | $350.93 |

CLAIM ANALYSIS REPORT          Page No: 3          Exhibit C

| | | | |
|---|---|---|---|
| Case No. | 06-12006 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | Date: | 10/15/2012 |
| Claims Bar Date: | 04/12/2007 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | BOULEVARD INVEST LLC c/o David J. Fischer Jeffrey L Gansberg 225 W Wacker Dr Chicago IL 60606 | 04/04/2007 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8A | BOULEVARD INVEST LLC c/o David J. Fischer Jeffrey L Gansberg 225 W Wacker Dr Chicago IL 60606 | 04/04/2007 | General Unsecured 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LEE JACKSON CONSTRUCTION, LLC 3930 GLADE RD #108 COLLEYVILLE TX 76034 | 04/04/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $104,648.46 | $104,648.46 | $0.00 | $0.00 | $0.00 | $104,648.46 |
| **Claim Notes:** Dkt 39 disallowed as secured claim, allowed only as unsecured non priority claim | | | | | | | | | | | | |
| 10 | LAS VEGAS MAGAZINE + SHOWBIZ 2290 CORPORATE CIRCLE SUITE 250 HENDERSON NV 89074 | 04/09/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $36,180.00 | $36,180.00 | $0.00 | $0.00 | $0.00 | $36,180.00 |
| **Claim Notes:** Claims bar date 4.13.07 | | | | | | | | | | | | |
| 11 | LAS VEGAS MAGAZINE + SHOWBIZ 2290 CORPORATE CIRCLE SUITE 250 HENDERSON NV 89074 | 04/09/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** (11-1) Duplicate Claim entered in error (Modified4/10/07) | | | | | | | | | | | | |
| 12 | SPORTCOINS, INC 78 BUFFALO AVENUE NW SUITE 120 CONCORD NC 28025 | 04/10/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $401.00 | $401.00 | $0.00 | $0.00 | $0.00 | $401.00 |
| 13 | LOYOLA UNIVERSITY OF CHICAGO 820 N. Michigan Ave., Suite 715 Chicago IL 60611 | 04/13/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $288,169.00 | $288,169.00 | $0.00 | $0.00 | $0.00 | $288,169.00 |

CLAIM ANALYSIS REPORT    Page No: 4    Exhibit C

| | | | | |
|---|---|---|---|---|
| Case No. | 06-12006 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | AMERICAN ROAD RETAIL LLC | | Date: | 10/15/2012 |
| Claims Bar Date: | 04/12/2007 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | MORRIS VISITOR PUBLICATIONS PO BOX 936 AUGUSTA GA 309030936 | 04/16/2007 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $4,105.00 | $4,105.00 | $0.00 | $0.00 | $0.00 | $4,105.00 |
| **Claim Notes:** | tardy claim | | | | | | | | | | | |
| 15 | FLORIDA STATE DISTRIBUTORS INC 4601 SW 34TH STREET SUITE 102 ORLANDO FL 32811 | 01/15/2008 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $26,517.40 | $26,517.40 | $0.00 | $0.00 | $0.00 | $26,517.40 |
| **Claim Notes:** | Allowed as late claim only. | | | | | | | | | | | |
| | | | | | | **$1,150,076.45** | **$1,150,076.45** | **$5,000.00** | **$0.00** | **$0.00** | **$1,145,076.45** |

CLAIM ANALYSIS REPORT                                    Page No:  5                Exhibit C

| | | |
|---|---|---|
| **Case No.** | 06-12006 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | AMERICAN ROAD RETAIL LLC | **Date:** 10/15/2012 |
| **Claims Bar Date:** | 04/12/2007 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $11.62 | $11.62 | $0.00 | $0.00 | $0.00 | $11.62 |
| Accountant for Trustee Fees (Other Firm) | $9,315.00 | $9,315.00 | $0.00 | $0.00 | $0.00 | $9,315.00 |
| Administrative Rent (post-petition) | $96,874.05 | $96,874.05 | $0.00 | $0.00 | $0.00 | $96,874.05 |
| Attorney for Trustee Expenses (Other Firm) | $1,997.25 | $1,997.25 | $0.00 | $0.00 | $0.00 | $1,997.25 |
| Attorney for Trustee Fees (Other Firm) | $37,272.50 | $37,272.50 | $0.00 | $0.00 | $0.00 | $37,272.50 |
| General Unsecured 726(a)(2) | $958,517.21 | $958,517.21 | $0.00 | $0.00 | $0.00 | $958,517.21 |
| Personal Prop & Intang - Non Consen | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Real Estate - Consensual Liens | $1,706.78 | $1,706.78 | $0.00 | $0.00 | $0.00 | $1,706.78 |
| Tardy General Unsecured 726(a)(3) | $30,622.40 | $30,622.40 | $0.00 | $0.00 | $0.00 | $30,622.40 |
| Trustee Compensation | $8,759.64 | $8,759.64 | $0.00 | $0.00 | $0.00 | $8,759.64 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      06-12006
Case Name:     AMERICAN ROAD RETAIL LLC
Trustee Name:  Horace Fox, Jr.

Balance on hand: _____ $95,734.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Orange County Tax Collector | $1,706.78 | $1,706.78 | $0.00 | $1,706.78 |
| 16 | HRAL, LLC. | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 |

Total to be paid to secured creditors: _____ $1,706.78
Remaining balance: _____ $94,028.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $8,759.64 | $0.00 | $5,908.36 |
| CRANE HEYMAN SIMON WELCH & CLAR, Attorney for Trustee Fees | $37,272.50 | $0.00 | $25,140.27 |
| Crane Heyman, Simon, Welch & Clar, Attorney for Trustee Expenses | $1,997.25 | $0.00 | $1,347.14 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $9,315.00 | $0.00 | $6,282.96 |
| Popowcer Katten Ltd, Accountant for Trustee Expenses | $11.62 | $0.00 | $7.84 |
| Other: BOULEVARD INVEST LLC, Admin. Rent | $69,885.51 | $0.00 | $47,137.72 |
| Other: BRANSON LANDING/HCW, INC, Admin. Rent | $26,988.54 | $0.00 | $18,203.75 |

Total to be paid for chapter 7 administrative expenses: _____ $104,028.04
Remaining balance: _____ ($10,000.00)

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          ($10,000.00)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00
Remaining balance:          ($10,000.00)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $958,517.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | BRANSON LANDING/HCW, INC | $0.00 | $0.00 | $0.00 |
| 1A | BRANSON LANDING/HCW, INC | $0.00 | $0.00 | $0.00 |
| 2 | MISSOURI DEPARTMENT OF REVENUE | $205.10 | $0.00 | $0.00 |
| 3 | Fashion Show Mall, LLC | $515,322.60 | $0.00 | $0.00 |
| 4 | RUSCO FIXTURE CO INC | $7,067.00 | $0.00 | $0.00 |
| 5 | Central Telephone Company | $6,173.12 | $0.00 | $0.00 |
| 7 | NEVADA POWER COMPANY | $350.93 | $0.00 | $0.00 |
| 8 | BOULEVARD INVEST LLC | $0.00 | $0.00 | $0.00 |
| 8A | BOULEVARD INVEST LLC | $0.00 | $0.00 | $0.00 |
| 9 | LEE JACKSON CONSTRUCTION, LLC | $104,648.46 | $0.00 | $0.00 |
| 10 | LAS VEGAS MAGAZINE + SHOWBIZ | $36,180.00 | $0.00 | $0.00 |
| 11 | LAS VEGAS MAGAZINE + SHOWBIZ | $0.00 | $0.00 | $0.00 |
| 12 | SPORTCOINS, INC | $401.00 | $0.00 | $0.00 |

| 13 | Loyola University of Chicago | $288,169.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     ($10,000.00)

Tardily filed claims of general (unsecured) creditors totaling $30,622.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 14 | MORRIS VISITOR PUBLICATIONS | $4,105.00 | $0.00 | $0.00 |
| 15 | FLORIDA STATE DISTRIBUTORS INC | $26,517.40 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     ($10,000.00)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     ($10,000.00)