**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| In re: | § | Case No. 06-12006 |
|---|---|---|
| | § | |
| AMERICAN ROAD RETAIL LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 s Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 11/29/2012 at 10:30 a.m., in Courtroom 682, United States Courthouse 219 South Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2012     By:  /s/ Horace Fox, Jr.
                                                            (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| In re: | § | Case No. 06-12006 |
|---|---|---|
| | § | |
| AMERICAN ROAD RETAIL LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $120,192.75 |
| *and approved disbursements of* | $14,457.93 |
| *leaving a balance on hand of[1]:* | $105,734.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | Orange County Tax Collector | $1,706.78 | $1,706.78 | $0.00 | $1,706.78 |
| 16 | HRAL, LLC. | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $1,706.78 |
| Remaining balance: | $104,028.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $8,759.64 | $0.00 | $5,908.36 |
| CRANE HEYMAN SIMON WELCH & CLAR, Attorney for Trustee Fees | $37,272.50 | $0.00 | $25,140.27 |
| Crane Heyman, Simon, Welch & Clar, Attorney | $1,997.25 | $0.00 | $1,347.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | | | |
|---|---|---|---|
| for Trustee Expenses | | | |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $9,315.00 | $0.00 | $6,282.96 |
| Popowcer Katten Ltd, Accountant for Trustee Expenses | $11.62 | $0.00 | $7.84 |
| Other: BOULEVARD INVEST LLC, Admin. Rent | $69,885.51 | $0.00 | $47,137.72 |
| Other: BRANSON LANDING/HCW, INC, Admin. Rent | $26,988.54 | $0.00 | $18,203.75 |

Total to be paid for chapter 7 administrative expenses: $104,028.04
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $958,517.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---|---|---|

**UST-Form 101-7-NFR (5/1/2011)**

| | | | Date | |
|---|---|---|---|---|
| 1 | BRANSON LANDING/HCW, INC | $0.00 | $0.00 | $0.00 |
| 1A | BRANSON LANDING/HCW, INC | $0.00 | $0.00 | $0.00 |
| 2 | MISSOURI DEPARTMENT OF REVENUE | $205.10 | $0.00 | $0.00 |
| 3 | Fashion Show Mall, LLC | $515,322.60 | $0.00 | $0.00 |
| 4 | RUSCO FIXTURE CO INC | $7,067.00 | $0.00 | $0.00 |
| 5 | Central Telephone Company | $6,173.12 | $0.00 | $0.00 |
| 7 | NEVADA POWER COMPANY | $350.93 | $0.00 | $0.00 |
| 8 | BOULEVARD INVEST LLC | $0.00 | $0.00 | $0.00 |
| 8A | BOULEVARD INVEST LLC | $0.00 | $0.00 | $0.00 |
| 9 | LEE JACKSON CONSTRUCTION, LLC | $104,648.46 | $0.00 | $0.00 |
| 10 | LAS VEGAS MAGAZINE + SHOWBIZ | $36,180.00 | $0.00 | $0.00 |
| 11 | LAS VEGAS MAGAZINE + SHOWBIZ | $0.00 | $0.00 | $0.00 |
| 12 | SPORTCOINS, INC | $401.00 | $0.00 | $0.00 |
| 13 | Loyola University of Chicago | $288,169.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $30,622.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 14 | MORRIS VISITOR PUBLICATIONS | $4,105.00 | $0.00 | $0.00 |
| 15 | FLORIDA STATE DISTRIBUTORS INC | $26,517.40 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

**UST-Form 101-7-NFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                     Case No. 06-12006-JBS
American Road Retail LLC                                                   Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cmendoza1                Page 1 of 6              Date Rcvd: Oct 26, 2012
                               Form ID: pdf006                Total Noticed: 234


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2012.
db           +American Road Retail LLC,    875 North Michigan Avenue,   Suite 2144,   Chicago, IL 60611-1918
10928085     +1-800-BUY-RACK,   3208 INTERNATIONAL PLACE,    IRVING, TX 75062-4969
10928086     +A&B SECURITY GROUP, INC,    PO BOX 27230,   LAS VEGAS, NV 89126-1230
10928087     +ACCOUNTEMPS,   12400 COLLECTIONS CENTER DR,    CHICAGO, IL 60693-0124
10928088     +ACTION AIR OF FLORIDA,   PO BOX 617409,    ORLANDO, FL 32861-7409
10928089     +ACTION PERFORMANCE CO. INC.,    3735 ATLANTA INDS PKWY,   ATLANTA, GA 30331-1027
10928090     +ACTION SPORTS IMAGE LLC,    6301 PERFORMANCE DR.,   CONCORD, NC 28027-3426
10928091    #+ADAM T MAGILL,   940 LASCALA DR.,    WINDERMERE, FL 34786-6012
10928092     +ADT SECURITY SERVICES,   3002-A EAST DIVISION ST.,    SPRINGFIELD, MO 65802-2485
10928093      ADT SECURITY SERVICES INC,    PO BOX 371967,   PITTSBURGH, PA 15250-7967
10928094      ADT SECURITY SERVICES, INC.,    P.O. BOX 371956,   PITTSBURGH, PA 15250-7956
10928095     +ADVANCED FAB AND MFG,    1906 TREVINO CT.,   Harrison, AR 72601-8728
10928096     +ADVANTAGE SIGNS,   P.O. BOX 1342,    BRANSON, MO 65615-1342
10928097     +AIRPORT REVENUE NEWS,    8895 N MILITARY TRAIL STE 201E,   PALM BEACH GARDENS, FL 33410-6291
10928098     +AKERMAN SENTERFITT,   PO BOX 4906,    ORLANDO, FL 32802-4906
10928099     +ALLIED WASTE SERVICES,   2115 WEST BENNETT,    SPRINGFIELD, MO 65807-1222
10928100    #+ALLSTATE LEASING INC,    9428 REISTERSTOWN RD,   OWINGS, MD 21117-4405
10928101     +ALPHA ELECTRIC SIGNS,    5225 WYNN ROAD,   LAS VEGAS, NV 89118-2907
10928102     +AMC DISTRIBUTING INC,    PO BOX 520921,   LONGWOOD, FL 32752-0921
10928103     +AMERICA'S RESEARCH GROUP,    1470 TOBIAS GADSON BLVD,   SUITE 202C,   CHARLESTON, SC 29407-4925
10928104     +AMERICAN AD SPECIALTIES, INC,    3306 MAGGIE BOULEVARD,   ORLANDO, FL 32811-6610
10928105     +AMERICAN ELECTRIC,   2432 N. EASTGATE,    #9,   SPRINGFIELD, MO 65803-5707
10928106     +AMERICAN GLASS INC,   P.O. BOX 162231,    ALTAMONTE SPRINGS, FL 32716-2231
10928108      AMERICAN ROAD MANAGEMENT,    45606 L.B. MCLEOD ROAD,   SUITE B,    ORLANDO, FL 32811
10928109      AMERICAN ROAD OPERATIONS LLC,    45606 L.B. MCLEOD ROAD,   SUITE B,    ORLANDO, FL 32811
10928110      AMERICAN SIGN & LIGHTING CO,    307 E LINCOLN AVE,   BENSENVILLE, IL 60106
10928112      APPLE ONE EMPLOYMENT SERVICES,    PO BOX 20048,   GLENDALE, CA 91809-9048
10928113     +ARMSTRONG LOCK,   1120 N MILLS AVE,    ORLANDO, FL 32803-2539
10928115    #+AT&T,   PO BOX 8100,   AURORA, IL 60507-8100
10928116      AT&T TELECONFERENCE SERVICES,    PO BOX 2840,   OMAHA, NE 68103-2840
10928117      AT&T/ SBC,   BILL PAYMENT CENTER,    SAGINAW, MI 48663-0003
10928118     +BANK OF AMERICA,   P.O. BOX 25118,    TAMPA, FL 33622-5118
10928119    #+BARR DISPLAY,   6424 FOREST CITY RD,    ORLANDO, FL 32810-4322
10928120     +BELTMANN GROUP,   DEPT 1119, P.O. BOX 1521,    Minneapolis, MN 55480-1521
10928121     +BENTCIL,   1755 MIDWEST BLVD,    INDIANAPOLIS, IN 46214-2378
10928122     +BERGAMOT INCORPORATED,   820 WISCONSIN STREET,    DELAVAN, WI 53115-1433
10928123     +BIANCA DESIGNS (HAUSER MKTG),    18 N. BOYD STREET,   WINTER GARDEN, FL 34787-2804
10928124     +BILL WATTS COLLECTIBLES,    703 MOORESVILLE RD,   KANNAPOLIS, NC 28081-4309
10928125     +BOCKSTALL DESIGN ASSOCIATES,    680 MOURNING DOVE CIR,   LAKE MARY, FL 32746-3932
10928126     +BOULEVARD INVEST LLC,    c/o David J. Fischer,   Jeffrey L Gansberg,    225 W Wacker Dr,
               Chicago, IL 60606-1224
10928128     +BRANSON LANDING/HCW, INC,    3027 W HIGHWAY 76,   BRANSON, MO 65616-3699
10928129     +BSI PRODUCTS INC,   9510 BERGER ROAD,    COLUMBIA, MD 21046-1542
10928130     +BUCKLE DOWN,   176-14 CENTRAL AVE,    FARMINGDALE, NY 11735-6913
10928131     +CAM COMMERCE SOLUTIONS,   17075 NEWHOPE ST,    FOUNTAIN VALLEY, CA 92708-4299
10928132     +CAPITAL OFFICE PRODUCTS,    PO BOX 1671,   DAYTONA BEACH, FL 32115-1671
10928133     +CC WRITER,   1678 N HUMBOLT AVE,    MILWAUKEE, WI 53202-2112
10928135     +CHRONICLE BOOKS,   DEPT 44493, PO BOX 44000,    SAN FRANCISCO, CA 94144-0001
10928136     +CINNABAR,   4551 L.B. MCLEOD RD,    Orlando, FL 32811-6405
10928137     +CISCO-EAGLE INC,   DEPARTMENT 1225,    TULSA, OK 74182-0001
10928138      CIT GROUP (JH DESIGN),    PO BOX 1036,   CHARLOTTE, NC 28201-1036
10928139      CIT GROUP (PINE HOSIERY),    2088 MAIN STREET,   STAR, NC 27356
10928140     +CITY OF BRANSON,   110 W. MADDUX,    SUITE #200,   BRANSON, MO 65616-2859
10928141     +CITY OF CHICAGO-DEP OF REVENUE,    P.O. BOX 4956,   CHICAGO, IL 60680-4956
10928142      CLEAR CHANNEL BROADCASTING INC,    PO BOX 402552,   ATLANTA, GA 30384-2552
10928143    #+COLLEGE CONCEPTS,    2000 RIVER EDGE PARKWAY SUITE 620,   ATLANTA, GA 30328-4618
10928144     +COLLIERS TURLEY MARTIN TUCKER,    4678 WORLD PKWY CIR,   ST LOUIS, MO 63134-3114
10928146     +COMMERCIAL VIDEO & INTEGRATION,    522 HUNT CLUB BLVD #152,    APOPKA, FL 32703-4960
10928147     +CONCIERGE PREFERRED,    1435 PLUM GROVE ROAD, SUITE C,   SCHAUMBURG, IL 60173-4590
10928148     +CORP DIRECT AGENTS,   P.O.BOX 38413,    TALLAHASSEE, FL 32315-8413
10928150      CUSTOM COMMERCIAL ENVIRONMENTS,    PO BOX 933264,   ATLANTA, GA 31193-3264
10928151     +DAVE'S LOCK & KEY CO INC,    2210 EDGEWATER DR,   ORLANDO, FL 32804-5320
10928152     +DAYTEC SYSTEMS INC,   522 HUNT CLUB BLVD,    SUITE 318,   APOPKA, FL 32703-4960
10928154      DELL COMMERCIAL CREDIT,   DEPT 50-0051358185/PO BOX 689020,    DES MOINES, IA 50368-9020
10928155     +DENNISON JAGODINSKI,    1500 BUCKEYE LOOP ROAD,   WINTER HAVEN, FL 33881-2762
10928156      DIRECTV,   PO BOX 60036,   Los Angeles, CA 90060-0036
10928158      DREW PEARSON MARKETING,   PO BOX 671245,    DALLAS, TX 75267-1245
10928159     +DUNBAR ARMORED INC,   PO BOX 333,    BALTIMORE, MD 21203-0333
10928160     +DYNAMEX INC,   12837 Collection Center Dr,    Chicago , IL 60693-0128
10928161     +ELECTRIC RED CORPORATION,    14 MICA LANE,   SUITE 202,   Wellesley Hills, MA 02481-1708
10928162      EMPIRE DISTRIC ELECTRIC COMP,    PO BOX 219239,   KANSAS CITY, MO 64121-9239
10928163     +ENESCO,   225 WINDSOR DRIVE,    ITASCA, IL 60143-1225
10928165     +F.S. ENTERTAINMENT,    3200 LAS VEGAS BLVD. SOUTH,   LAS VEGAS, NV 89109-2612
10928167      FDN COMMUNICATIONS,   PO BOX 31457,    TAMPA, FL 33631-3457
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 6                   Date Rcvd: Oct 26, 2012
                              Form ID: pdf006              Total Noticed: 234

10928168       FEDERAL EXPRESS,   PO. BOX 94515,   PALATINE, IL 60094-4515
10928169      +FISH WINDOW CLEANING,   PO BOX 162091,   ALTAMONTE SPRINGS, FL 32716-2091
10928170      +FITCH INC,   15425 N GREENWAY-HAYDEN LOOP,   SUITE 100,   SCOTTSDALE, AZ 85260-1204
10928171      +FLORIDA BANCORP SUPPLY INC,   PO BOX 560128,   ORLANDO, FL 32856-0128
10928173       FLORIDA DEPT OF REVENUE,   5050 W TENNESSEE ST,   TALLAHASSEE, FL 32399-0100
10928174      +FLORIDA STATE DISTRIBUTORS INC,   4601 SW 34TH STREET SUITE 102,   ORLANDO, FL 32811-6415
10928175      +FOR SPORTS FANS,   17979 ARENTH AVE BLDG A,   CITY OF INDUSTRY, CA 91748-1193
10928177      +FRIEDRICH WATKINS CO INC,   2548 INDUSTRIAL BLVD,   ORLANDO, FL 32804-4210
11129378      +Fashion Show Mall, LLC,   C/O General Growth Properties, Inc,   Sam Garber, Esq,
                110 N. Wacker Drive,   Chicago , IL 60606-1511
10928172       Florida Department of Revenue,   1379 Blountstown Hwy,   Tallahassee, FL 32304-2716
10928179       GEM SUPPLY CO,   PO BOX 551173,   ORLANDO, FL 32855-1173
10928180      +GENERAL GROWTH PROPERTIES,   3200 LAS VEGAS BLVD STE 600,   LAS VEGAS, NV 89109-2692
10928182      +GIBSON ELECTRIC & TECH SOL,   2100 S YORK RD,   SUITE 2000,   OAK BROOK, IL 60523
10928184      +GREAT BIG PICTURES INC,   PO BOX 15310,   LOVES PARK, IL 61132-5310
10928185       HARLEY DAVIDSON AMERICAN ROAD LLC,   45606 L.B. MCLEOD ROAD,   SUITE B,   ORLANDO, FL 32811
10928186      +HAUSER MARKETING ASSOC INC,   18 N BOYD ST,   WINTER GARDEN, FL 34787-2804
11075322      +HCW DEVELOPMENT COMPANY, LLC,   c/o David P. Vallas,   Wildman Harrold Allen & Dixon LLP,
                225 West Wacker Drive, Suite 3000,   Chicago, Illinois 60606-3007
11011735      +HCW Development Company, LLC,   C/O Wildman,Harrold,Allen & Dixon,
                225 West Wacker Drive, Suite 3000,   Chicago, IL 60606-3007
10928187      +HCW PRIVATE DEVELOPMENT,   100 BRANSON LANDING,   BRANSON, MO 65616-2097
10928188      +HERFF JONES INC (AND. JEWELRY),   226 PUBLIC STREET BOX 6500,   PROVIDENCE, RI 02905-2216
10928189      +HOMETEAM PEST DEFENSE LLC,   765 W STATE RD 434 STE J,   LONGWOOD, FL 32750-4936
10928190      +HUNTER,   201 WEST LONDON AVE,   LEXINGTON, KY 40508-1273
10928191      +I LOVE ORLANDO,   5601 WINDHOVER DRIVE,   SUITE 306,   ORLANDO, FL 32819-7936
10928193       ILLINOIS SECRETARY OF STATE,   LIABILITY LIMITATION SERVICES,   SPRINGFIELD, IL 62756-5200
10928194      +IMAGE ROCKS,   602 FRONT ST,   CELEBRATION, FL 34747-4675
10928195      +INFINITY BROADCASTING WUSN-FM,   180 N STETSON STE 10000,   CHICAGO, IL 60601-6710
10928196       INTERIOR SYSTEMS,   P. O. BOX 3134,   MILWAUKEE, WI 53201-3134
10928197      +INTERNATIONAL ENVIORNMENTAL,   MANAGEMENT, INC.,   11660 ALPHARETTA HIGHWAY, SUITE 245,
                ROSWELL, GA 30076-3875
10928198      +INTERNATIONAL RETAIL SVCS GRP,   5192 PAYSPHERE CIR,   CHICAGO, IL 60674-0051
10928199      +INTERTECT DESIGN GROUP, INC,   7059 UNIVERSITY BLVD,   WINTER PARK, FL 32792-6720
10928200      +ISC PUBLICATIONS,   PO BOX 2801,   DAYTONA BEACH, FL 32120-2801
10928192       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10928201      +J & S MULTIMEDIA INC,   7450 SANDLAKE COMMONS BLVD,   ORLANDO, FL 32819-8033
10928202      +JD FACTORS LLC (EXECUTE),   1284 PUERTA DEL SOL,   SUITE 105,   SAN CLEMENTE, CA 92673-6310
10928203      +JEBCO CLOCKS,   125 ADVANCED DRIVE,   SPRINGBORO, OH 45066-1801
10928204      +JESSICA TAMPAS PHOTOGRAPHY,   312 N. MAY,   STUDIO #104,   CHICAGO, IL 60607-1200
10928205      +JUMPSTART LLC DBA ZIPPOMOTROSP,   235 NO.CHERRY STREET,   SUITE 200,
                WINTSON-SALEM, NC 27101-3929
10928206      #KATTEN MUCHIN ROSENMAN LLP,   525 W MONROE ST,   CHICAGO, IL 60661-3693
10928207      +KEY MAGAZINE,   226 E ONTARIO ST,   #300,   CHICAGO, IL 60611-7220
10928208       KUBIN-NICHOLSON CORPORATION,   PO BOX 88313,   MILWAUKEE, WI 53288-0313
10928209      +LAS VEGAS MAGAZINE + SHOWBIZ,   2290 CORPORATE CIRCLE SUITE 250,   HENDERSON, NV 89074-7713
10928210      +LAS VEGAS MOTOR SPEED,   7000 LAS VEGAS BLVD. NORTH,   LAS VEGAS, NV 89115-1708
10928211      +LAWRENCE SIGNS,   945 PIERCE BUTTER ROAD,   SAINT PAUL, MN 55104-1595
10928212     ++++LEE JACKSON CONSTRUCTION, LLC,   2150 W NORTHWEST HWY STE 114,   GRAPEVINE TX  76051-7849
                (address filed with court: LEE JACKSON CONSTRUCTION, LLC,   2100 W. Northwest Highway,
                Suite 114,   Grapevine, TX 76051)
10928213       LOWNDES, DROSDICK, DOSTER,   PO BOX 2809,   ORLANDO, FL 32802-2809
11283894      +Lee Jackson Construction, LLC,   3930 GLADERD #108,   Colleyville, TX 76034-7923
11300937      +Loyola University of Chicago,   820 N. Michigan Ave., Suite 715,   Chicago, IL 60611-2147
10928214      +MARTIN HARRIS CONSTRUCTION,   3030 S. HIGHLAND DRIVE,   LAS VEGAS, NV 89109-1047
10928215      +MATTEL,   PO BOX 100125,   ATLANTA, GA 30384-0125
10928216      +MEGAPRINTS,   7006 STAPOINT CT STE C,   WINTER PARK, FL 32792-8206
10928217      +MIKE BRYANT,   8634 HOPEWELL RD,   Harrison, AR 72601-7629
10928218       MILLARD MALL SERVICES,   35075 EAGLE WAY,   CHICAGO, IL 60678-1350
10928220       MINNESOTA SECRETARY OF STATE,   BLDG 180,   100 REV. DR.MLK, JR. BLVD,
                SAINT PAUL, MN 55155-1299
10928223       MORRIS VISITOR PUBLICATIONS,   PO BOX 936,   AUGUSTA, GA 30903-0936
10928224      +MOTORSPORTS INTERNATIONAL,   12650 U.S. 12,   BROOKLYN, MI 49230-8012
10928225      +MOUNTED MEMORIES,   5000 NW 108TH AVE,   SUNRISE, FL 33351-8015
10928226      +MR HAWAII INC,   16817 S WESTERN AVE,   GARDENA, CA 90247-5217
10928227       MSP EMPLOYEE PARKING,   NW 5481 PO BOX 1450,   MINNEAPOLIS, MN 55485-5481
10928228      +NASCAR,   1801 W. INTERNATIONAL SPEEDWAY BLVD,   P.O. BOX 2875,   DAYTONA BEACH, FL 32120-2875
10928230      +NEVADA DEPARTMENT OF TAXATION,   1550 E. COLLEGE PKWY,   #115,   CARSON CITY, NV 89706-7939
10928231       NEVADA POWER COMPANY,   PO BOX 30086,   RENO, NV 89520-3086
10928232      +Neveda Department of Revenue,   1550 College Parkway,   Carson City, NV 89706-7944
10928233       OFFICE DEPOT CREDIT PLAN,   DEPT 69-00815744 / PO BOX 6716,   THE LAKES, NV 88901-6716
10928234      +ONYXLIGHT COMMUNICATIONS INC,   100 W LUCERNE CIR,   SUITE 503,   ORLANDO, FL 32801-3743
10928235      #+OPTO INTERNATIONAL INC,   220 MESSNER DR,   WHEELING, IL 60090-6436
10928236      +OVERNITE TRANS/ A UPS COMPANY,   P.O. BOX 79755,   BALTIMORE, MD 21279-0755
10928237      +PAC GROUP,   2702 NAN DR,   OCOEE, FL 34761-8632
10928238      +PACIFIC CONNECTIONS,   20 W. 33RD STREET,   11TH FLOOR,   NEW YORK, NY 10001-3305
10928239      +PACKAGING SUPPLIES INC,   PMB 968 / 11259 E VIA LINDA,   SUITE 100,   SCOTTSDALE, AZ 85259-4076
10928240      +PERFORMANCE PRESS,   2000 PLATINUM RD,   SUITE 100,   APOPKA, FL 32703-7768
10928241      +PIT STOP PETS N PALS,   122 ETHAN ALLEN DRIVE,   DAHLONEGA, GA 30533-7626
10928242      +PLUS DIGITAL PRINT LLC,   W141 N9400 FOUNTAIN BLVD,   MENOMONEE, WI 53051-1649
```

```
District/off: 0752-1          User: cmendoza1              Page 3 of 6                  Date Rcvd: Oct 26, 2012
                              Form ID: pdf006              Total Noticed: 234


10928244      +POWER CONSTRUCTION COMPANY LLC,    2360 N PALMER DR,    SCHAUMBURG, IL 60173-3824
10928245      +PREMIER WASTE & RECYCLING,    PO BOX 17111,   CHICAGO, IL 60617-0111
10928246      +PROGRESSIVE COMMUNICATIONS,    1001 SAND POND ROAD,    LAKE MARY, FL 32746-3347
10928249      +RACE BRICKS MEMORABILIA,    21515 ROSCOE BLVD,    CANOGA PARK, CA 91304-4145
10928250      +RACEPRO MOTORSPORTS,    585 WENDERMERE DRIVE,    HUBBARD, OH 44425-2625
10928252       RC2 BRANDS INC. 1971,    RELIABLE PARKWAY,   CHICAGO, IL 60686-1971
10928254      +REEVE STORE EQUIPMENT,    PO BOX 276,   PICO RIVERA, CA 90660-0276
10928256       RICO/TAG EXPRESS,    1712 S. MICHIGAN AVE,   CHICAGO, IL 60616
10928257      +ROBERT H HAM ASSOC LTD,    PO BOX 77398,   GREENSBORO, NC 27417-7398
10928258      +ROLF JENSEN AND ASSOCIATES,    101 CONVENTION CENTER DR.,    #650,   LAS VEGAS, NV 89109-2000
10928260      +RUSCO FIXTURE CO INC,    P.O. BOX 598,   OAKBORO, NC 28129-0598
10928261      +RW MORIN ASSOCIATES LLC,    133 MOUNTAIN RD,   SUFFIELD CT 06078-2084
10928262      +SAM BASS,   6104 PERFORMANCE DRIVE SW,    CONCORD, NC 28027-3435
10928263       SBC INTERNET SERVICES,    P.O. BOX 650396,   DALAS, TX 75265-0396
10928264      +SCHREIBER MULLANEY CONST,    1286 HUDSON RD,   ST PAUL, MN 55106-6122
10928265      +SERVICE ONE INC,    2850 W FULTON ST,   CHICAGO, IL 60612-1706
10928266       SHIRLEY  PARRAGUIRRE,    CO CLERK FFN,   PO BOX 551604,    LAS VEGAS, NV 89155-1604
10928268      +SIGN PRODUCERS,    17713 DEER ISLE CIRCLE,   WINTER GARDEN, FL 34787-9422
10928269      +SIGNS NOW  #150,    670 BRANSON LANDING BLVD,,   SUITE #4,    BRANSON, MO 65616-2063
10928270      +SIGNS NOW # 85,    1003 S ORLANDO AVE,   WINTER PARK, FL 32789-4850
10928271      +SIHLE INSURANCE GROUP INC.,    P.O. BOX 160398,    ALTAMONTE SPRINGS, FL 32716-0398
10928272      +SILVER TRAX INCORPORATED,    134 JACKLYN DRIVE,    MADISONVILLE, KY 42431-9508
10928273      +SKULLDUGGERY, INC,    624 SOUTH B STREET,   TUSIN, CA 92780-4359
10928274      +SOUTHERN STORAGE SYSTEMS,    4355 ST JOHNS PKWY,    SANFORD, FL 32771-6381
10928275     #+SOUTHWEST AUDIO-VISUAL,    241 SOUTH UNION,   SPRINGFIELD, MO 65802-6208
10928276      +SPECTRUM PRINTING,    3640 PRINCETON OAKS ST,    ORLANDO, FL 32808-5636
10928277      +SPEEDWAY ALBUMS, INC,    10968 W 74TH TERRACE,    SHAWNEE, KS 66203-4420
10928278      +SPORTCOINS, INC,    78 BUFFALO AVENUE NW,   SUITE 120,    CONCORD, NC 28025-4781
10928279      +SPORTS COM INC,    785 VIRGINIA AVE NE,   ATLANTA, GA 30306-3630
10928282      +ST PAUL TRAVELERS,    SIHLE INS GROUP INC,   Po Box 160398,    Altamonte Springs, FL 32716-0398
10928283       STAPLES CREDIT PLAN,    DEPT 00-05024559 -,   PO BOX 6721,    THE LAKES, NV 88901-6721
10928284      +STEIN ADVERTISING & PR,    931 GROVESMERE LOOP,    OCOEE, FL 34761-5627
10928286      +STUDIO 321,    62 W COLONIAL DR,   LOFT 303,   ORLANDO, FL 32801-1357
10928287      +STYLEMARK INC (STYLE SCIENCE),    2 SUNSHINE BLVD,    ORMOND BEACH, FL 32174-8754
10928288      +SUPERCALIBRATIONS INC,    3615 WHITE BEAR AVENUE,    WHITE BEAR, MN 55110-4744
10928289      +SUPERIOR PRINTERS INC,    1884 W FAIRBANKS AVE,    WINTER PARK, FL 32789-4561
10928290      +T&S ENTERPRISES HANDICAP ACCSS,    PO BOX 453,    LITHIA, FL 33547-0453
10928291      +TANEY COUNTY COLLECTOR,    132 DAVID STREET,   FORSYTH, MO 65653-5646
10928292       TATUM CFO PARTNERS LLP,    PO BOX 403291,   ATLANTA, GA 30384-3291
10928293       TEAM CALIBER,    P.O. BOX 905205,   CHARLOTTE, NC 28290-5205
10928294       TEAM IMAGE MARKETING,    PO BOX 6044 UNIVERSITY CENTER STATION,     SUMTER, SC 29150
10928295      +TEAM UP INTERNATIONAL,    4545 ENKA HIGHWAY,   MORRISTOWN, TN 37813-4223
10928296       THE CIT GROUP/COMMERCIAL SERVI,    208 SOUTH MAIN ST-DRAWER 98,    STAR, NC 27356-0098
10928297      +THE CIT GROUP/COMMERCIAL SVCS,    PO BOX 1036,    CHARLOTTE, NC 28201-1036
10928298      +THE DESIGN OFFICE (DONNELLY),    217 N BROADWAY,    MILWAUKEE, WI 53202-5828
10928299      +THE ENCORE GROUP (XPRESS CORP),    111 CLOVERLEAF DRIVE,    WINSTON SALEM, NC 27103-6715
10928300      +THE FOX COMPANY INC,    11000 W BECHER ST,   WEST ALLIS, WI 53227-1165
10928301      +THE MEMORY COMPANY,    25 DOWNING DR,   PHENIX CITY, AL 36869-3342
10928302      +THE MWM CORPORATION,    5650 WEST BUCKEYE ROAD,    PHOENIX, AZ 85043-4608
10928303      +THE NASSAL COMPANY,    415 W KALEY ST,   ORLANDO, FL 32806-3942
10928304      +TICOR TITLE INSURANCE COMPANY,    203 N LASALLE,    SUITE 2200,   CHICAGO, IL 60601-1261
10928305      +TRACK COUTURE,    41 SOUTH 4TH ST.,   SUITE 104,    MEMPHIS, TN 38103-5210
10928306      +TWEETER HOME ENTERTAINMENT GRO,    8950 WEST CHARLESTON BLVD,    LAS VEGAS, NV 89117-5474
10928307      +TWIN ENTERPRISE INC.,    480 SPRAGUE STREET,   DEDHAM, MA 02026-3922
10928308      +UMVD/VISUAL ENTERTAINMENT,    C/O BANK OF AMERICA,    PO BOX 91828,   CHICAGO, IL 60693-1828
10928309       UNITED STATES PLAYING CARDS,    2510 RELIABLE PKWY,    CHICAGO, IL 60686-0025
10928311       UPS,   PO BOX 7247-0244,    PHILADELPHIA, PA 19170-0001
10928310       UPS,   P O BOX 660586,    DALLAS, TX 75266-0586
10928312       UPS FREIGHT,    P.O. BOX 79755,   BALTIMORE, MD 21279-0755
10928313      +UPS SUPPLY CHAIN SOLUTIONS,    PO BOX 34486,   LOUISVILLE, KY 40232-4486
10928314      +UPSALES INC (PROSCAN),    4080 MCGINNIS FERRY RD,    SUITE 1204,   ALPHARETTA, GA 30005-1773
10928315      +USAOPOLY,    5607 PALMER WAY,   CARLSBAD, CA 92010-7242
10928316       USF HOLLAND,    27052 NETWORK PLACE,   CHICAGO, IL 60673-1270
10928317      +VESTAL & WILER,    201 EAST PINE STREET,   SUITE 801,    ORLANDO, FL 32801-2721
10928318      +VF IMAGEWEAR,    4408 WEST LINEBAUGH AVENUE,   TAMPA, FL 33624-5245
10928319      +VINCE BALISTRERI SIGNS,    P.O. BOX 593030,   ORLANDO, FL 32859-3030
10928320      +VISUAL APEX INC.,    7950 NE DAY ROAD WEST,   SUITE B,    BAINBRIDGE ISLAND, WA 98110-1254
10928321      +VOGLER EQUIPMENT CO,    16500 NW 7TH AVE,   MIAMI, FL 33169-5811
10928322      +VS PUBLISHING CO,    7517 CURRENCY DR,   ORLANDO, FL 32809-6922
10928323      +WEAVER OFFICIAL PUBLICATIONS,    2420 ALCOTT STREET,    DENVER, CO 80211-4813
10928324      +WINCRAFT INC SDS12-1806,    PO BOX 86,   MINNEAPOLIS, MN 55486-0086
10928325      +WINCRAFT RACING,    1124 W. FIFTH STREET,   WINONA, MN 55987-5307
10928326      +XEROGRAPHIC,    1948 33RD ST,   ORLANDO, FL 32839-8856
10928327      +YOUNG GUNS,    7309 WILLETTE COURT,   KNOXVILLE, TN 37909-3030
```

```
District/off: 0752-1          User: cmendoza1              Page 4 of 6          Date Rcvd: Oct 26, 2012
                              Form ID: pdf006              Total Noticed: 234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10928134        E-mail/Text: bklaw2@centurylink.com Oct 27 2012 00:26:15     CENTURY TEL,    P.O. BOX 6001,
                 MARION, LA 71260-6001
10928145        E-mail/Text: legalcollections@comed.com Oct 27 2012 00:44:23      COMED,    BILL PAYMENT CENTER,
                 CHICAGO, IL 60668-0001
11174701       +E-mail/Text: bklaw2@centurylink.com Oct 27 2012 00:26:15     Central Telephone Company,
                 D/B/A Embarq-Nevada,    PO Box 7971,   Shawnee Mission, KS 66207-0971
15442777        E-mail/Text: cio.bncmail@irs.gov Oct 27 2012 00:23:38
                 Dept of Treasury - Internal Revenue Service,    P.O. Box 7346,   Philadelphia, Pa 19101-7346
10928181        E-mail/Text: Mailbox-Bankruptcy@gettyimages.com Oct 27 2012 00:25:44      GETTY IMAGES INC,
                 PO BOX 953604,    ST LOUIS, MO 63195-3604
10928183        E-mail/Text: scd_bankruptcynotices@grainger.com Oct 27 2012 00:26:04      GRAINGER,
                 4180 LB MCLEOD RD,    ORLANDO, FL 32811-5695
15454191        E-mail/Text: cio.bncmail@irs.gov Oct 27 2012 00:23:38     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, Pa 19114
10928222        E-mail/Text: ecfnotices@dor.mo.gov Oct 27 2012 00:25:28     MISSOURI DEPARTMENT OF REVENUE,
                 PO BOX 3360,    JEFFERSON CITY, MO 65105-3360
11126918        E-mail/Text: ecfnotices@dor.mo.gov Oct 27 2012 00:25:28     MISSOURI DEPARTMENT OF REVENUE,
                 GENERAL COUNSEL,    PO BOX 475,   JEFFERSON CITY, MO  65105-0475
10928219       +E-mail/Text: mdor.bkysec@state.mn.us Oct 27 2012 00:25:17     Minnesota Department of Revenue,
                 600 North Robert Street,    Saint Paul, MN 55101-2228
10928221       +E-mail/Text: ecfnotices@dor.mo.gov Oct 27 2012 00:25:28     Missouri Department of Revenue,
                 Harry S Truman State Office Bldg,    301 West High Street,   Jefferson City, MO 65101-1517
11200910       +E-mail/Text: Bankruptcy@octaxcol.com Oct 27 2012 00:24:31     Orange County Tax Collector,
                 200 South Orange Avenue,    Po Box 2551,   Orlando, FL 32802-2551
10928248        E-mail/Text: bklaw@centurylink.com Oct 27 2012 00:44:37     QWEST,    PO BOX 173821,
                 DENVER, CO 80217-3821
10928280        E-mail/Text: bklaw2@centurylink.com Oct 27 2012 00:26:15     SPRINT,    PO. BOX 88026,
                 CHICAGO, IL 60680
10928281        E-mail/Text: bklaw2@centurylink.com Oct 27 2012 00:26:15     SPRINT/EMBARQ,    P O BOX 660068,
                 DALLAS, TX 75266-0068
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10928153      DELAWARE SECRETARY OF STATE,    PO BOX 74072
10928251      RACING REFLECTIONS, INC.,    556 SOUTH MAIN STREET,    MAROIN, VI 243545
10928111*     AMERICAN SIGN & LIGHTING CO.,    307 E. LINCOLN AVENUE,    BENSENVILLE, IL 60106
10928107     ##+AMERICAN PAYMENT SUPPLIES,    P.O. BOX 2718,   CHAMPLAIN, NY 12919-2718
10928114     ##+AT&T,   P.O.  BOX 78225,    PHOENIX, AZ 85062-8225
10928127     ##+BOYDS COLLECTION LTD,    350 SOUTH STREET,   MCSHERRYSTOWN, PA 17344-1700
10928149     ##+CREATIVE DESIGN ARCHITECTURE,    1635 VILLAGE CENTER CIRCLE DR.,   SUITE 150,
                 LAS VEGAS, NV 89134-0574
10928157     ##+DRAGON FIRE INDUSTRIES INC,    4071 LB MCLEOD RD,   SUITE A,   ORLANDO, FL 32811-5662
10928164     ##+EXPRESS SIGNS & GRAPHICS,    7121 GRAND NATL DR,   SUITE 100,   ORLANDO, FL 32819-8384
10928166     ##+FASTRANS LOGISTICS, INC,    4618 WORLD PARKWAY CIRCLE,    ST. LOUIS, MO 63134-3114
10928176     ##+FORTUNE FASHIONS IND,    PO BOX 910945,   LOS ANGELES, CA 90091-0945
10928178     ##+GAME TIME LLC,    10 STAGE DOOR ROAD,   FISHKILL, NY 12524-2483
10928229     ##+NATIONAL GRAPHIC IMAGING,    1612 N ORANGE AVE,    ORLANDO, FL 32804-6412
10928243     ##+PODS,   9550 PARK SOUTH CT,    SUITE 300,   ORLANDO, FL 32837-8385
10928247     ##+PUSH,   150 N. ORANGE AVE,    SUITE 300,   ORLANDO, FL 32801-2317
10928253     ##+RED ROCKET INCORPORATED,    1600 N ORANGE AVE,    STUDIO 14,   ORLANDO, FL 32804-6456
10928255     ##+REGENCY LIGHTING,    16665 ARMINTA ST,   VAN NUYS, CA 91406-1611
10928259     ##+ROSS HOUSTON,    629 ASHBERRY LN.,   ALTAMONTE SPRINGS, FL 32714-7409
10928267      ##SIGN EXPRESS,    3271 S HIGHLAND DR,   #711,   LAS VEGAS, NV 89109-1051
10928285     ##+STEPHEN M YODER,    4808 W MONTROSE AVE,   MILWAUKEE, WI 53219-2304
                                                                                 TOTALS: 2, * 1, ## 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cmendoza1           Page 5 of 6              Date Rcvd: Oct 26, 2012
                              Form ID: pdf006           Total Noticed: 234
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1           Page 6 of 6              Date Rcvd: Oct 26, 2012
                              Form ID: pdf006           Total Noticed: 234
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2012 at the address(es) listed below:

```
              David P. Vallas     on behalf of Creditor   HCW Development Company LLC dvallas@polsinelli.com
              Eugene  Crane    on behalf of Trustee Horace Fox ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane     ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Glenn R Heyman     gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Horace  Fox     foxhorace@aol.com,    hf@trustesolutions.net;hf@trustesolutions.com
              Jeffrey C Dan    on behalf of Auctioneer Joel Langer jdan@craneheyman.com,
               gbalderas@craneheyman.com;dwelch@craneheyman.com
              Joanne  Lee    on behalf of Defendant   MWM Corporation jlee@foley.com,   khall@foley.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Peter A Siddiqui     on behalf of Attorney   Katten Muchin Rosenman LLP peter.siddiqui@kattenlaw.com
              Peter J Young    on behalf of Attorney   Katten Muchin Rosenman LLP pyoung@winston.com
              Samuel B. Garber     on behalf of Creditor   General Growth Properties, Inc. ggpbk@ggp.com,
               ggpbk@ggp.com
                                                                                             TOTAL: 11
```